AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ ict of _____

SOUTHEASTERN FISHERIES
ASSOCIATION, INC., et al.

_____
*Plaintiff(s)*

v.

HOWARD LUTNICK, in his official
capacity as Secretary of Commerce,
et al.,

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 26-cv-1533

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway
Silver Spring, MD 20910

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SETH L. ATKINSON
Quillback Consulting
540 Meder Street
Santa Cruz, CA 95060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK*

Date: _____

_____
*Signature of Clerk or D*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-1533

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence *(name)* _____

_____ , a person of suitable age and

on *(date)* _____ , and mailed a copy to the individual

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*

My fees are $ _____ for travel and $ __0.00__ for s

I declare under penalty of perjury that this inf

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service,