**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., et al., | ) ) ) ) |  |
| *Plaintiffs* | ) ) |  |
| v. | ) ) | No. 26-cv-1533 |
| HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al., | ) ) ) ) |  |
| *Defendants* | ) ) ) |  |

**REVISED REQUEST FOR SUMMONSES TO ISSUE**

It appears the initially-filed requests for summonses to issue (i.e., ECF Nos. 1-2, 1-3, 1-4, and 1-5) are corrupted and illegible. Undersigned counsel apologizes for the problem. Revised versions of the requests for summonses are attached here.

Dated:  May 5, 2026

Respectfully submitted,

/s/ Seth Atkinson
Seth L. Atkinson (Bar ID CA00190)
Quillback Consulting
348 Nobel Drive
Santa Cruz, CA 95060
(203) 331-2792
seth@quillbackconsulting.com

*Attorney for Plaintiffs*

1