**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., et al., )<br><br>*Plaintiffs* )<br><br>v. )<br><br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al., )<br><br>*Defendants* ) | Case No. 26-cv-1533 |

**[ PROPOSED ] ORDER GRANTING [ STAY ] [PRELIMINARY INJUNCTION ]**

Upon consideration of Plaintiffs' motion, Defendants' opposition, all memoranda, declarations, and exhibits submitted by the parties, as well as the contents of the hearing on May \_\_\_\_, 2026, it is hereby:

- ORDERED that Plaintiffs' Motion for Preliminary Injunction or Stay (ECF No. 6) is GRANTED insofar as it requests a [ preliminary injunction ] [ stay ];

- ORDERED that Defendants shall immediately notify the four recipient States that the challenged exempted fishing permits are without effect for the duration of this Order, and as such that they shall not be acted upon;

- ORDERED that Plaintiffs shall post [ no security bond ] [ a security bond in the amount of $1.00 ];

1

- ORDERED that the parties shall confer regarding scheduling for further proceedings in this case, and submit to the Court a joint status report with recommendations by _____, 2026.

Dated: _____   _____

Honorable Rudolph Contreras
United States District Judge