**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., et al., | ) ) ) ) | |
| *Plaintiffs* | ) ) ) | |
| v. | ) ) | Case No. 26-cv-1533 |
| HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al., | ) ) ) ) | |
| *Defendants* | ) ) ) ) | |

**[ PROPOSED ] ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 65(a)(2), the Court has determined it is in the interests of justice and efficiency to advance and consolidate the merits stage of this litigation with resolution of Plaintiffs' Motion for Preliminary Injunction or Stay (ECF No. 6).

Upon consideration of Plaintiffs' motion, Defendants' opposition, all memoranda, declarations, and exhibits submitted by the parties, as well as the contents of the hearing on May ____, 2026, it is hereby:

- ORDERED that Plaintiffs' Motion for Preliminary Injunction or Stay (ECF No. 6) is deemed a motion for summary judgment by Plaintiffs, on the single claim for relief presented in their complaint;

- ORDERED that such motion for summary judgment by Plaintiffs is GRANTED, for reasons set forth in a memorandum opinion that accompanies this order;

1

- DECLARED that the exempted fishing permits at issue in this case violate the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (C), for reasons set forth in the same memorandum opinion;

- ORDERED that the four challenged exempted fishing permits are vacated;

- ORDERED that Defendants shall immediately notify the four recipient States that the exempted fishing permits are void and without effect, and that as such, the permits may not be acted upon;

- ORDERED that the parties shall confer regarding any further proceedings that may be necessary in this case, and submit to the Court a joint status report with recommendations by _____, 2026.

Dated: _____    _____

Honorable Rudolph Contreras
United States District Judge

2