**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., et al., | ) ) ) ) | |
| *Plaintiffs* | ) ) | |
| v. | ) ) | Case No. 26-cv-1533 |
| HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al., | ) ) ) ) | |
| *Defendants* | ) ) ) | |

**DECLARATION OF SETH ATKINSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR STAY**

I, Seth Atkinson, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age, and am competent to testify to all facts contained in this declaration.

2.      I am an attorney and a member of the State Bar of California.  I also am a member of the bar of this Court. I represent Plaintiffs Southeastern Fisheries Association, Inc., Slash Creek Waterworks, Inc., Strawberry, Inc., Jeffrey Oden, Jack Cox, Jr., and Antonio Giambanco in this lawsuit.

3.      I submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction or Stay. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify, I would testify to these facts in a court of law.

4.      Attached as Exhibit 1 is a true and correct copy of the exempted fishing permit issued to Florida on May 1, 2026. This is one of the four exempted fishing permits challenged in this case. All four permits (Exhibits 1–4) along with the categorical exclusion memorandum (Exhibit 5) and the four state applications (Exhibits 6–9) can be found at the following address: https://www.fisheries.noaa.gov/southeast/recreational-fishing-data/south-atlantic-red-snapper-state-data-collection-and-management.

5.      Attached as Exhibit 2 is a true and correct copy of the exempted fishing permit issued to Georgia on May 5, 2026. This is one of the four exempted fishing permits challenged in this case.

6.      Attached as Exhibit 3 is a true and correct copy of the exempted fishing permit issued to South Carolina on May 4, 2026. This is one of the four exempted fishing permits challenged in this case.

7.      Attached as Exhibit 4 is a true and correct copy of the exempted fishing permit issued to North Carolina on May 5, 2026. This is one of the four exempted fishing permits challenged in this case.

8.      Attached as Exhibit 5 is a true and correct copy of the categorical exclusion memorandum prepared by the National Marine Fisheries Service in conjunction with the four challenged permits.

9.      Attached as Exhibit 6 is a true and correct copy of the State of Florida's application for an exempted fishing permit, as submitted to the National Marine Fisheries Service on January 23, 2026.

10.     Attached as Exhibit 7 is a true and correct copy of the State of Georgia's application for an exempted fishing permit, as submitted to the National Marine Fisheries Service on January 23, 2026.

11.     Attached as Exhibit 8 is a true and correct copy of the State of South Carolina's application for an exempted fishing permit, as submitted to the National Marine Fisheries Service on January 23, 2026.

12.     Attached as Exhibit 9 is a true and correct copy of the State of North Carolina's application for an exempted fishing permit, as submitted to the National Marine Fisheries Service on January 23, 2026.

13.     Attached as Exhibit 10 is a true and correct copy of the request for public comment published in the Federal Register by the National Marine Fisheries Service. Its citation is:  91 Fed. Reg. 6827 (Feb. 13, 2026).

14.     Attached as Exhibit 11 is a true and correct copy of a letter submitted by Ocean Conservancy to the National Marine Fisheries Service, dated March 10, 2026, in response to the agency's Federal Register notice. It can be found online as part of the docket numbered "NOAA–NMFS–2026–0496" on Regulations.gov.

15.     Attached as Exhibit 12 is a true and correct copy of a letter submitted by undersigned counsel on behalf of Slash Creek Waterworks, Inc. and others, to the National Marine Fisheries Service, dated March 10, 2026, in response to the agency's Federal Register notice. It can be found online as part of the docket numbered "NOAA–NMFS–2026–0496" on Regulations.gov. Note there is a typo on the second page of the letter, in the second paragraph, where the word "no" is fairly clearly missing.

16.    Attached as Exhibit 13 is a true and correct copy of the Powers and Anson (2018) study regarding effort decompression in the Gulf of Mexico, which was relied upon the four states in their exempted fishing permit applications. A copy of this study was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum F," a public comment submitted by undersigned counsel via Regulations.gov.

17.    Attached as Exhibit 14 is a true and correct copy of the Topping et al. (2019) study regarding effort decompression in the Gulf of Mexico, which was relied upon the four states in their exempted fishing permit applications. A copy of this study was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum F," a public comment submitted by undersigned counsel via Regulations.gov.

18.    Attached as Exhibit 15 is a true and correct copy of the following document: Ellie Corbett & Chloe Ramsay, Florida Fish & Wildlife Conservation Commission, Recreational Effort, Catch, and Biological Sampling in Florida During the 2025 South Atlantic Red Snapper Season, F-5573-23-F2 (Dec. 3, 2025). This is the most recent in a series of annual reports by Florida regarding recreational red snapper catch during the open season. A copy of this study was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum C," a public comment submitted by undersigned counsel via Regulations.gov.

19.    Attached as Exhibit 16 is a true and correct copy—in PDF form—of slides presented by the State of Florida to the South Atlantic Fishery Management Council on

4

December 10, 2025, in the course of the December Council meeting. These slides, in PDF form, are available on the South Atlantic Council's webpage: https://safmc.net/wp-content/uploads/document-blocks/2025/12/16f50cc6-4af8-4263-8642-54c1d1ce307a-SG_A3a_EFP-Year-1-Update_SAFMC-December-2025.pdf. A copy of this document was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum F," a public comment submitted by undersigned counsel via Regulations.gov.

20.    Attached as Exhibit 17 is a true and correct copy of the SEDAR 73 Assessment Update, completed by National Marine Fisheries Service in December 2024, which can be found at the following address: https://sedarweb.org/documents/sefsc-2024-update-to-sedar-73-south-atlantic-red-snapper-assessment. A copy of this document was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum A," a public comment submitted by undersigned counsel via Regulations.gov.

21.    Attached as Exhibit 18 is a true and correct copy of the plan amendment and environmental assessment document for Secretarial Amendment 59 to the Snapper-Grouper Fishery Management Plan, which was completed by the National Marine Fisheries Service on May 15, 2025, and can be found at: https://repository.library.noaa.gov/view/noaa/71119. A copy of this document was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum D," a public comment submitted by undersigned counsel via Regulations.gov.

22.     Attached as Exhibit 19 is a true and correct copy of the following document: Scott Crosson, A Description of the Economics of the South Atlantic Red Snapper Fishery, SEDAR90-DW-25 (Apr. 2025). This is one of several preparatory working papers from the current stock assessment process—SEDAR 90—for South Atlantic red snapper. It can be found online at: https://sedarweb.org/documents/sedar-90-dw-25-a-description-of-the-economics-of-the-south-atlantic-red-snapper-fishery. A copy of this document was submitted to the agency during the public comment period, so it should be considered properly part of the administrative record in this case. This particular document was an attachment to "Addendum B," a public comment submitted by undersigned counsel via Regulations.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 9, 2025.

/s/ Seth Atkinson
Seth L. Atkinson (Bar ID CA00190)
Quillback Consulting
540 Meder Street
Santa Cruz, CA 95060
(203) 331-2792
seth@quillbackconsulting.com

*Attorney for Plaintiffs*

6