**Exempted Fishing Permit to Test a State-Based Data Collection and Management System for the Recreational Harvest of Red Snapper off Florida for 2026**

Florida Fish and Wildlife Conservation Commission

PERMIT NO.  26-SERO-01

The National Marine Fisheries Service issues this exempted fishing permit (EFP) to the Florida Fish and Wildlife Conservation Commission (FWC) in accordance with procedures established at 50 CFR 600.745(b).  This EFP is valid through December 31, 2026, when signed by NMFS and the authorized representative of FWC, and becomes effective on the later of the two signature dates.  The terms and conditions, and recommendations for executing the EFP are given below.

FWC is pilot testing use of its State Reef Fish Survey (SRFS) and a voluntary smartphone application (phone app) during an extended recreational fishing season for red snapper in state and federal waters of the South Atlantic.  FWC intends the activities conducted under the EFP to improve data on recreational fishing effort, catch, and discards of red snapper, and to inform the development of a long-term state-led management strategy for this recreational fishery.

This EFP allows project participants to recreationally harvest red snapper in South Atlantic federal waters during 2026 consistent with the required terms and conditions below.  Participation in this EFP project is open to properly licensed or permitted private anglers and owners or operators of charter vessels or headboats (for-hire fishermen).  Failure to comply with the terms and conditions of this EFP may result in the suspension, modification, or termination of the EFP for all project participants.

The outcomes of this EFP project, and similar projects being conducted by the North Carolina, South Carolina, and Georgia state agencies, and the ongoing South Atlantic red snapper stock assessment will inform the need for and refinement of future EFP applications for the recreational harvest of red snapper.

```
---------------------------    ----------------
Signature                      Date Signed
Timothy R. Petty, Ph.D.
Assistant Secretary of Commerce
for Oceans and Atmosphere/
Deputy NOAA Administrator
```

```
---------------------------    ----------------
Signature                      Date Signed
Jessica McCawley
Director of Marine Fisheries Management
Florida Fish and Wildlife Conservation
Commission
```

```
---------------------------    ----------------
Signature                      Date Signed
Andrew J. Strelcheck
Regional Administrator
NMFS, Southeast Regional Office
```

By signing this document, the EFP holder agrees that participants exempt from the specified regulations understand and will comply with the intent and the terms and conditions outlined herein.

**Terms and Conditions**

FWC and participating private anglers and for-hire fishermen must comply with the applicable terms and conditions associated with this EFP, including all harvest, possession, and landing of recreationally caught red snapper in or from South Atlantic federal waters.

FWC will register all fishermen and vessels to participate, and issue each participating private angler the appropriate state recreational fishing license or permit. FWC will issue each participating for-hire fisherman the proper state license, and to fish in federal waters, for-hire fishermen must possess a valid federal charter vessel/headboat permit for South Atlantic snapper-grouper.

The appropriate licenses and permits described above serve as a proxy for this EFP. FWC is also encouraged to provide a copy of this EFP to all participants and to vessels registered under this EFP. This EFP must be carried on the vessel for which it is issued and must be presented for inspection upon request of any authorized officer.

TIME AND PLACE WHERE EXEMPTED FISHING CAN OCCUR

From May 22 through June 20, 2026, and October 2 through 4, October 9 through 11, and October 16 through 18, 2026, red snapper may be harvested in South Atlantic federal waters. Each fishing trip must begin and end at a landing location in Florida.

EXEMPTIONS AND FISHING RESTRICTIONS

Unless specifically exempted or required by this EFP, all other federal regulations continue to apply. During the 2026 recreational fishing season only, this EFP exempts participants conforming to these terms and conditions from the following regulations.

1) 50 CFR 622.181(c)(2) that restricts combining harvest limits of red snapper in federal waters with any harvest limitation in state waters, limits the harvest and possession of red snapper to the specified season, and applies these limitations to a federally permitted for-hire vessel in both state and federal waters.
2) 50 CFR 622.183(b)(5)(i) that specifies when the recreational season will occur each year.
3) 50 CFR 622.193(y)(2) that specifies the annual catch limit and accountability measures applicable to the recreational harvest of red snapper.

Under this EFP the following provisions apply.
- The allowable fishing gear is limited to hook-and-line and spear. Hook-and-line gear means bandit gear, handline, and rod and reel. Powerhead is excluded from use.
- Participants must use a descending device or venting tool if a fish will be released and is experiencing barotrauma.
- Properly licensed private anglers and paying anglers on a for-hire vessel can harvest red snapper within the defined season only.
- 10-fish aggregate bag limit. The species limits apply while each species is open for recreational harvest. If a participant reaches any combination of 10 fish from the aggregate, they must stop bottom fishing for federally managed snapper-grouper species for the remainder of the trip. If a particular species in the aggregate is not open for recreational harvest, the bag limit for that species is zero. The bag limit for a captain or crew on charter or headboat trip is zero. Recreational vessel limits for all snapper-grouper species are not exempt under this EFP and continue to apply.
  - One fish can be a red snapper.

- ○ One fish can be a gag, black, or scamp grouper.
- ○ Up to two fish can be red, yellowfin, yellowmouth, coney, graysby, red hind, or rock hind grouper.
- ○ One fish can be a red porgy, blueline or golden tilefish.
- ○ One fish can be a greater amberjack.
- ○ Up to two fish can be black sea bass.
- ○ Up to five fish can be gray triggerfish.
- ○ Up to five fish can be vermilion or mutton snapper.
- ○ Up to seven fish can be schoolmaster, gray, lane, yellowtail, queen, silk, or blackfin snapper.
- ○ Up to two fish can be cubera snapper if each measures 30 inches or longer in total length. This applies as a bag limit within the 10-fish aggregate and as a maximum vessel limit, whichever is more restrictive, consistent with 50 CFR 622.181(c)(1).

REPORTING REQUIREMENTS BY PARTICIPATING FISHERMEN

Participating private anglers, and state or federally licensed for-hire fishermen must report information related to recreational fishing effort and catch of red snapper.
- Private anglers and for-hire fishermen must register to be a participant through FWC.
- FWC will use SRFS to gather data from participants.
- Private anglers will report through SRFS all requested information about each fishing trip, such as fishing time, and the fish caught, kept, or released alive or dead.  State and federal for-hire will provide catch reports, when surveyed, to the Marine Recreational Information Program (MRIP) for-hire survey.
- FWC will also ask private anglers and all for-hire operators to voluntarily report the same information through a phone app, and to submit a trip declaration using the voluntary phone app before each fishing trip.
- A trip report submitted through the voluntary phone app must be submitted no later than 24 hours after the fishing trip ends.
- Federally permitted for-hire fishermen must continue electronic reporting through the federal for-hire data collection program required by 50 CFR 622.176(b).

PROGRAM IMPLEMENTATION AND PARTNERSHIP COORDINATION

- FWC will coordinate with NMFS' MRIP to refine data collection to better account for this EFP project, including ensuring adequate sample sizes for fishing effort estimates.
- FWC will continue working with NMFS Office of Science and Technology (OST) to determine if any refinements or changes to SRFS methodology are necessary.

DATA DISSEMINATION AND REPORTING TO NMFS

FWC must report and make available all collected data under this EFP to NMFS.  All data collected under this EFP will be internally stored, managed, and processed securely by FWC.
- State-led estimation:  While NMFS' OST and Southeast Fisheries Science Center (SEFSC) will provide technical guidance and support, FWC will be responsible for catch estimation.
- Data sharing:  FWC should coordinate with NMFS OST and SEFSC on SRFS and voluntary phone app data access and management.  Data must be provided in an agreed upon format for management and access by partners and NMFS.  This will facilitate analyses related to monitoring survey performance and estimation methods.
- A draft progress report summarizing the preliminary results of project activities during May and June 2026 must be provided to NMFS for review and comment by November 30, 2026.  The

contents of a progress report must include, but are not limited to, the number of unique private anglers, for-hire fishermen (state, federal), vessels, and fishing trips, number and pounds of red snapper landed and discarded by week, compliance rates (if collected), and other collected information.

- By the end of 2026, FWC staff will meet with NMFS staff to discuss outcomes of this EFP and how FWC can incorporate improvements to activities under a future EFP.
- A final report of activities conducted under this EFP during 2026 must be submitted to NMFS by January 31, 2027.  In addition to the information provided in the progress report, FWC must include in the final report how project goals were or were not achieved, lessons learned, and suggested improvements to enhance data collection, reporting, and future management.

ENFORCEMENT

FWC must ensure each participant complies with these terms and conditions, and project-specific requirements through a combination of land-based and at-sea monitoring.  FWC will verify participants and vessels under this EFP through the appropriate state license and/or federal permit, a copy of this EFP, and any other required documentation.

Participants under this EFP harvesting red snapper outside the season from May 22 through June 20, 2026, and October 2 through 4, October 9 through 11, and October 16 through 18, 2026, will be considered in violation of this EFP.

SANCTIONS

Failure of FWC or any participant to comply with the terms and conditions of this EFP, any notice issued under 50 CFR part 600, any other applicable provision of 50 CFR parts 600 and 622, the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act, Act), or any other regulations promulgated thereunder, may be grounds for revocation, suspension, or modification of this EFP pursuant to 50 CFR 600.745(b)(9).  Anyone in violation of the terms and conditions of this EFP or the Magnuson-Stevens Act may be subject to civil or criminal penalties under the Act.

------------------------------------------------------------------------

**Recommendations**

NMFS encourages FWC to consider further actions and activities aimed at enhancing the accuracy and precision of data collection, and reducing discards and discard mortality of red snapper.  We recommend FWC also promote best fishing practices, such as how to release fish exhibiting barotrauma, through education and outreach to participants.  For example, *https://safmc.net/best-fishing-practices* and *https://safmc.net/posts/using-best-fishing-practices-when-heading-offshore-an-faq*.