

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
**NATIONAL MARINE FISHERIES SERVICE**
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
https://www.fisheries.noaa.gov/region/southeast

F/SER25:MV

| | |
|---|---|
| MEMORANDUM FOR: | THE RECORD |
| FROM: | Andrew J. Strelcheck<br>Regional Administrator |
| THRU: | Noah Silverman<br>NEPA Coordinator |
| SUBJECT: | Categorical Exclusion (CE) Memorandum for Four Exempted Fishing Permit (EFP) Applications for the Recreational Harvest of South Atlantic Red Snapper in 2026 (RIN 0648-XF539) |

The NOAA Administrative Order (NAO) 216-6A, *Compliance with the National Environmental Policy Act, et al.* and its associated Companion Manual, *Policy and Procedures for Compliance with the National Environmental Policy Act and Related Authorities (June 30, 2025)* establish NOAA's policy and procedures for compliance with the National Environmental Policy Act (NEPA), 42 U.S.C. 4321 *et seq.* These policies and procedures and related Executive Orders require all proposed projects be reviewed with respect to environmental consequences on the human environment. These procedures, and NEPA, as amended, were used by the National Marine Fisheries Service (NMFS) to examine four EFP applications for state management of the recreational harvest of red snapper from the South Atlantic, for its potential to impact the quality of the human environment as discussed below. This memorandum documents NMFS' determination that this proposed action qualifies to be categorically excluded from further NEPA review.

**Description of the Proposed Actions**

NMFS received four applications for EFPs from the Florida Fish and Wildlife Conservation Commission, Georgia Department of Natural Resources, South Carolina Department of Natural Resources, and North Carolina Division of Marine Fisheries. If issued, the EFPs would exempt participating fishermen in the respective states from specific Federal regulations applicable to the recreational harvest of red snapper in the South Atlantic. The applicants each propose to pilot test state data collection and management strategies for the recreational harvest of red snapper in 2026. Specifically, the EFPs would exempt participants conforming to these terms and conditions and each state agency from Federal regulations, including 1) 50 CFR 622.181(c)(2) that restricts combining harvest limits of red snapper in federal waters with any harvest limitation in state waters, limits the harvest and possession of red snapper to the specified season, and applies these limitations to a federally permitted for-hire vessel in both state and federal waters, 2) 50 CFR 622.183(b)(5)(i) that specifies when the recreational season will occur each year, and 3) 50 CFR 622.193(y)(2) that specifies the annual catch limit and accountability measures applicable to the recreational harvest of red snapper. If issued, the EFPs will be effective



through December 31, 2026, when signed by NMFS and the authorized representative of the EFP, and will become effective on the later of the two signature dates.

Statement of Work

More information on each state EFP proposal and their statement of work can be found at https://www.fisheries.noaa.gov/southeast/recreational-fishing-data/south-atlantic-red-snapper-state-data-collection-and-management.

**CE category number, title, and CE text that applies to the proposed action(s):**

Trust Resource Authorization and Permitting Actions (B12): "Issuance of EFPs for research that may impact species regulated under the authority of the Magnuson-Stevens Fishery Conservation and Management Act (Magnuson-Stevens Act)…"

**Effects of the Proposed Actions**

The most recent Biological Opinion (Opinion) on the authorization of fishing under the Snapper-Grouper Fishery Management Plan (FMP) was completed in 2016.  In that Opinion, NMFS Southeast Regional Office (SERO) determined that the continued operation of the snapper-grouper fishery managed under the FMP is not likely to jeopardize the continued existence of the North Atlantic right whale, loggerhead sea turtle Northwest Atlantic distinct population segment (DPS), leatherback sea turtle, Kemp's ridley sea turtle, green sea turtle North Atlantic DPS, green sea turtle South Atlantic DPS, hawksbill sea turtle, smalltooth sawfish U.S. DPS, and Nassau grouper.  The Opinion considered fishing activities authorized under an EFP to be activities considered and authorized within the scope of the Opinion, if the fishing type is similar and the associated fishing effort does not represent a significant increase beyond the levels expected in the fishery.  For each of the state studies, fishing activities would be consistent with the description of snapper-grouper fishing in the Opinion and any additional fishing effort is not likely to represent a significant increase beyond expected levels.

On April 30, 2026, SERO determined that additional Endangered Species Act (ESA) section 7 consultation on the issuance of the EFPs is unnecessary as the activities authorized under the EFPs are within the scope of the current Opinion for the snapper-grouper fishery, and that issuing the four EFPs does not independently trigger reinitiation of ESA section 7 consultation.  Additionally, issuing these EFPs would not change the determinations in the June 11, 2018, and August 14, 2023, memorandums relative to sections 7(a)(2) and 7(d) of the ESA.

The activities conducted under the EFPs are not expected to adversely impact essential fish habitat (EFH).  The Sustainable Fisheries Division determined the EFPs activities meet the qualifying criteria of the Habitat Conservation Division's General EFH Concurrence Memorandum.  The Habitat Conservation Division concurred with this determination on April 6, 2026.

According to the state EFP applications, the pilot projects are designed to improve red snapper recreational fishing and data collection in the South Atlantic.  The proposed EFP applications state that the projects will not increase fishing mortality because recreational effort for snapper-grouper species already occurs year-round regardless of season length.  The applicants cite past

research, as well as state management of red snapper in the Gulf of America, which indicate that extended fishing seasons reduce overall fishing effort by preventing the "derby-style" effort compression seen in shorter fishing seasons.  Therefore, the applicants determined that the projects are not expected to result in increased effort or fishing mortality to harvest red snapper in the South Atlantic, and that, if there were impacts, they would be minimal and not result in significant effects to the red snapper stock or to the snapper-grouper fishery as a whole.

These projects align with the Magnuson-Stevens Act mandate to assess the type and amount of fish caught and released during recreational fishing.  Additionally, the projects promote the safety of human life at sea by eliminating 'derby' fishing conditions.  The EFPs will be issued for one-year, with the expectation that their outcomes and that of the ongoing South Atlantic red snapper stock assessment will inform future biological catch recommendations for red snapper harvest and the need for and possible refinement of future EFP applications.  Given the short-term nature of the EFPs, and ability to make refinements based on a new stock assessment and future EFP applications, harvest should be exempted from certain regulations, as the information is expected to address long-standing challenges impeding our ability to effectively manage red snapper and other snapper-grouper species in the South Atlantic.

## Evaluation of Appropriateness:

This action is not part of a larger action, and therefore can be reviewed independently from other actions.  Additionally, the context in which the action could have extraordinary circumstances listed in NOAA's Companion Manual for NAO 216-6A section 4 was considered.  The proposed harvest of red snapper authorized by these EFPs is not expected to have significant adverse effects: on human health or safety; areas with unique environmental characteristics; species or habitats protected by the ESA, the Marine Mammal Protection Act, the National Marine Sanctuaries Act, or the Migratory Bird Treaty Act; or properties listed or eligible for listing on the National Register of Historic Places.  This action also has no potential to generate, use, store, transport, or dispose of hazardous or toxic substances.  This action would not contribute to the introduction, continued existence, or spread of noxious weeds or non-native invasive species. NMFS previously approved EFPs to test state data collection and management strategies for the recreational harvest of red snapper in the Gulf of America under regulations at 50 CFR 600.745 and Section 318(d) of the Magnuson-Stevens Act.  The Department of Commerce has concurred on the issuance of these South Atlantic red snapper EFPs after considering public comments, legal requirements, and the overall effects of the action.

## Categorical Exclusion

NOAA has determined that the proposed action falls within NOAA CE Reference Number B12: Issuance of EFPs for research that may impact species regulated under the authority of the Magnuson-Stevens Act. For the reasons described above, the proposed action is categorically excluded from further environmental analysis, including the need to prepare an Environmental Assessment or an Environmental Impact Statement.

The original signed memorandum will be maintained in the record for the proposed action.