

**JOSH STEIN**
*Governor*

**D. REID WILSON**
*Secretary*

**KATHY B. RAWLS**
*Director*

January 23, 2026

Honorable Howard Lutnick
Secretary
United States Department of Commerce
1401 Constitution Ave, NW
Washington, DC  20230

Dear Secretary Lutnick:

The state of North Carolina re-submits the attached updated EFP to begin work on the long-term task of creating a new state data collection system to be used for state management of red snapper.  In this updated EFP, we have made several changes.  First, we have removed the limited 100 participants and have changed to allow for more access and participation similar to GA, and SC EFP applications.  Discussions with NOAA staff indicated that our proposal compared to the other states "muddies the water".  Secondly, NC has reworked objectives to be short-term in nature for this first year EFP.  We will now work to determine a universe of anglers fishing for red snapper, test the use of an on-the-water application by private recreational anglers, and test NC's ability to collect data on removals of red snapper over MRIP Wave Four.   These objectives coincide  with  SC and GA.

NC will be using the same data program application (VESL) as GA and SC with  the same data variables.  This should ensure similar design and data collection that will meet requirements of NOAA Fisheries Office of Science and Technology (OST).

Concerning the harvest requirement in 50 CFR 600.745(b)(2)(v).  NC is concerned about producing a number of expected harvest for this 2026 EFP.  The poor quality of MRIP red snapper catch data over time (as indicated in Table 1 of the EFP) makes it extremely difficult to determine a reasonable harvest amount.  Any projected Atlantic red snapper harvest extrapolated from MRIP data would be extremely unreliable.  We are also concerned that a number would be used punitively toward the state by either shortening the requested season, defining a regional quota, and/or establishing state allocations.   However, we should be able to project a number for the 2027 EFP based on harvest data collected in 2026 if we are allowed to test the data collection application and use Wave four as an accountability measure.

NC would like to request an increase in the presence of NOAA law enforcement officers during the proposed season to help with compliance of anglers participating in the EFP study.



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

We look forward to having this EFP approved as quickly as possible, so we may begin our efforts for implementation during the 2026 fishing season.

Thank you for your staff input to improve NC's EFP application, and we look forward to working with you and answering any questions you have.

Sincerely,

Kathy B. Rawls
NC Division of Marine Fisheries Director



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

**i.**    Jan 23, 2026

**ii.**   **Applicant:** Kathy B. Rawls, Director
North Carolina Division of Marine Fisheries
3441 Arendell Street
Morehead City, North Carolina 28557
(252) 515-5520
Kathy.Rawls@deq.nc.gov

**Contact:** Patricia Murphey, Executive Assistant for Councils
North Carolina Division of Marine Fisheries
3441 Arendell Street
Morehead City, North Carolina 28557
(252) 241-9310
Trish.Murphey@deq.nc.gov

**iii.**  **Purpose and Goal:**
This is a request that an Exempted Fishing Permit (EFP) be issued to NC Division of Marine Fisheries (NCDMF) to develop, implement, and test a pilot state recreational data collection program with the long-term intent to implement state management of the recreational red snapper fishery. This EFP may be requested annually for up to three years, beginning with the short-term focus of testing NC's ability to develop a defined recreational red snapper angler universe, and to test an on-the-water data collection application. NC intends to use this first year as a steppingstone to explore the ability to collect in-season recreational red snapper catch in order to meet the long-term goal of managing NC's recreational red snapper fishery.  This work will lead to improved coordination with NOAA Fisheries and the Office of Science and Technology and will enhance future data collection of other offshore federally managed South Atlantic Council species. This EFP does NOT include any changes to existing management measures for the commercial fishery and still expects the NOAA fisheries to open the commercial fishing season on the second Monday in July 2026. North Carolina is working in cooperation with South Carolina, Georgia and east coast Florida, in development of EFPs to improve data collection to inform recreational management of red snapper by the south Atlantic states.

**Justification for Issuance of an EFP**
Federal management of the recreational red snapper fishery faces several challenges, including rising discard rates, truncated seasons, and a lack of adequate snapper-specific data. The issuance of this EFP will allow NC to begin exploration of monitoring and managing red snapper in federal waters off NC. This first year will entail testing a pilot



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

recreational data collection program to collect recreational harvest and discard information of red snapper through mandatory reporting to determine if NC can monitor in-season removals of red snapper.

The SouthEast Data, Assessment, and Review (SEDAR) 73 completed in 2021 indicated the red snapper population was overfished and that overfishing was occurring. However, an update to SEDAR 73 (2024) indicated that the stock is no longer overfished and is progressing toward being rebuilt with higher-than-expected recruitment during 2014-2021. Although not yet fully rebuilt, results of the last four stock assessments have shown a strong rebuilding trajectory. Secretarial Amendment 59 to the Snapper Grouper Fishery Management Plan (2024) reported the red snapper to not be overfished and based on the new proxy, overfishing is no longer occurring.

Despite these positive trends, recreational red snapper fishing seasons have become shorter, with the high numbers of discards identified as the key issue. The current total Annual Catch Limit (ACL) is 509,000 fish, of which 475,000 fish are counted as dead discards. This **allows for only 6.7% of the total ACL to be harvested.** The 2025 recreational fishing season was open for two days (July 11-12) and was based on a recreational ACL of 22,797 fish (4.5% of the total ACL).

Recreational anglers are frustrated with MRIP data collection and have voiced their frustrations at council meetings, advisory panel meetings, and through news and social media. For example, North Carolina red snapper MRIP estimates are poor quality with percent standard errors (PSE) ranging from 127.5 (1984) to 39.2 (2011) with only one year, 2021 (27.4) meeting the <30 threshold for a precise estimate (Table 1.). Also, MRIP is not designed for in-season monitoring because the base sampling interval is in two-month waves. This is especially problematic for mini seasons like recreational red snapper. Thus, a recreational data collection program capable of collecting more real time data is needed for effective in-season monitoring of the recreational harvest and discards in the red snapper fishery off NC.

In 2024, recreational angler groups reached out to the south Atlantic states to consider state based recreational data collection programs for red snapper, similar to the Gulf states. The states met with these groups throughout the year and reviewed other data programs from the Gulf and the Pacific coast.   State directors and proxies met internally to discuss how to go forward and by consensus, it was decided to apply for EFPs that would allow each state to test other data collection approaches.



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

Table 1. NC Red Snapper Catch Estimates with PSEs and Standards from MRIP.

| Year (Annual) | Total Catch (A+B1+B2) (Numbers of Fish) | PSE Total Catch (A+B1+B2) | Does Total Catch (A+B1+B2) Meet MRIP Standard |
|---|---|---|---|
| 1984 | 11,475 | 127.5 | NO |
| 1985 | 78,489 | 95.6 | NO |
| 1986 | 759 | 103.6 | NO |
| 1987 | 32,695 | 41.9 | CAUTION |
| 1988 | 8,592 | 56.7 | NO |
| 1989 | 3,681 | 39.7 | CAUTION |
| 1990 | 2,828 | 54.4 | NO |
| 1991 | 8,082 | 53.1 | NO |
| 1992 | 1,902 | 62.5 | NO |
| 1993 | 3,364 | 78 | NO |
| 1994 | 4,309 | 48.4 | CAUTION |
| 1995 | 9,685 | 61.1 | NO |
| 1996 | 1,312 | 50.5 | NO |
| 1998 | 1,816 | 97.7 | NO |
| 1999 | 2,288 | 48.7 | CAUTION |
| 2000 | 3,185 | 67.8 | NO |
| 2001 | 4,484 | 43.6 | CAUTION |
| 2002 | 5,022 | 44.5 | CAUTION |
| 2003 | 2,733 | 66.2 | NO |
| 2004 | 2,947 | 98.4 | NO |
| 2005 | 7,492 | 66.3 | NO |
| 2006 | 4,770 | 82.2 | NO |
| 2007 | 227 | 100.8 | NO |
| 2008 | 1,575 | 60.1 | NO |
| 2009 | 2,552 | 50.6 | NO |
| 2010 | 3,702 | 60.1 | NO |
| 2011 | 2,118 | 39.2 | CAUTION |
| 2012 | 14,656 | 69 | NO |
| 2013 | 956 | 65.5 | NO |
| 2014 | 9,279 | 80.7 | NO |
| 2015 | 4,295 | 52.2 | NO |
| 2016 | 20,467 | 55.1 | NO |
| 2017 | 3,270 | 52 | NO |
| 2018 | 840 | 43.3 | CAUTION |



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

| Year (Annual) | Total Catch (A+B1+B2) | PSE Total Catch (A+B1+B2) | Does Total Catch (A+B1+B2) Meet MRIP Standard |
|---|---|---|---|
| 2019 | 7,827 | 81.6 | NO |
| 2020 | 22,269 | 46.2 | CAUTION |
| 2021 | 256,55 | 27.4 | YES |
| 2022 | 56,176 | 49.4 | CAUTION |
| 2023 | 62,776 | 41.2 | CAUTION |
| 2024 | 73,904 | 61.2 | NO |

Data Source MRIP Query Tool (1/20/2026)

North Carolina is closely collaborating with South Carolina and Georgia to test the same recreational data collection program and mandatory reporting and is coordinating with the state of Florida to explore the states' ability to manage the federal red snapper recreational fishery. Florida already has a data collection program that has been used successfully in the Gulf and has been approved by MRIP.  Because Georgia, South Carolina, and North Carolina do not have a similar data collection program or the current capacity to develop one, the three states collectively recognized the need to have a similar approach for collection of recreational information and initially attempted to submit a single EFP.

The South Atlantic state agencies will continue to coordinate and collaborate throughout the EFP process. State agency staff from the four states will meet at least bi-weekly to discuss any challenges as the EFPs are occurring and how each state is working to resolve those challenges. States will try and have as similar a response as possible to any challenges that occur during the EFPs and continually learn from the experiences of the other states. At the end of year 1 of the EFPs, the state agency staff will meet at least once for an all-day, in-person meeting to discuss lessons learned and changes for year 2. These discussions will ensure the data collected are as similar as possible, enabling a direct comparison of effort, landings, and angler behavior across the region. Any differences will be discussed and changes made (if possible) within each state's authority to ensure similarity across experiments and useable data for the future. Following the state agency meeting, a meeting will also be held at the end of year 1 with NOAA Fisheries and the states about how year 1 went, including what challenges were encountered, and how the states propose to modify their EFPs for year 2. These meetings serve as an accountability measure to fix any problems encountered before year 2 begins. Any modifications to EFPs will be submitted by all states for subsequent years as changes are made to the methodology.



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

**Methodology:**

This EFP will allow NCDMF to:

1. Pilot test VESL, a state-based recreational data collection application to collect near-real-time harvest and discards of red snapper (*Lutjanus campechanus*) in North Carolina's adjacent federal waters.
2. Pilot test the ability for North Carolina to implement in-season monitoring of removals of red snapper over a 62-day season.
3. Determine an offshore universe of anglers fishing for red snapper.
4. Collect biological information of red snapper off North Carolina through its Carcass Collection Program.
5. Collect demographic, social and economic data through surveys of private recreational anglers, and for-hire captains fishing for red snapper in North Carolina.

Under this EFP, private recreational anglers will be allowed to harvest one red snapper per person or 4 per vessel per day, whichever is more restrictive (Table 2). Charter boat captains (for hire operations of six or less passengers) will also be allowed to harvest one red snapper per paying customer per day with a vessel limit of 4, whichever is more restrictive (Table 2). Headboat captains (for-hire operations with more than six passengers) will be allowed to harvest 20 red snapper per vessel per day (Table 2). For-hire captain and crew will be excluded from possessing a bag limit of red snapper. The timeframe will be during MRIP Wave four (July and August) which coincides with SC and GA EFP proposals.

Private recreational anglers will be required to meet NC Coastal Recreational Fishing License (CRFL) licensing requirements unless otherwise exempted (e.g., under 16 years of age). For-hire guides will need to hold either a NC Blanket Vessel CRFL or a NC For-Hire Captains CRFL AND a South Atlantic Charter/Headboat Permit. To prevent false inflation of new entrants, for-hire vessels must have possessed both a NC DMF for-hire license AND a valid South Atlantic Charter/Headboat permit for Snapper Grouper prior to January 1, 2026.

Electronic reporting will be completed through an application created by Bluefin Data, LLC. This same application will be utilized by North Carolina, South Carolina, and Georgia state agencies to ensure standardization in data collection methods and allow for cost effective implementation. Bluefin Data specializes in developing electronic reporting platforms for fisheries data and built VESL. Bluefin Data currently provides South Carolina with an



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

electronic reporting platform (See Appendix 1) and is also used to collect electronic commercial trip ticket data from North Carolina-permitted dealers.

Private recreational anglers will self-register in the VESL application as a user and will attest to conditions stipulated by the EFP including mandatory reporting during the defined season.  The requirement stipulated in 50 CFR 600.745 (b) (7) and (8) and (d) (7) for the inspection of and requirement for the issued NOAA Fisheries EFP to be in the possession of persons authorized will be accomplished by including a digital (view only) copy in the VESL application. If an angler does not agree with the conditions, they will not be allowed to legally harvest red snapper during the season.

Through this VESL application, private recreational anglers will be required to declare a fishing trip no earlier than five days prior to the start of a trip to receive a trip authorization code linked to each trip. Anglers will have the ability to cancel the trip authorization should they encounter an issue (e.g., inclement weather or mechanical issues). For non-licensed private recreational anglers (e.g., under 16 years of age) or licensed anglers who do not have access to a smartphone or computer that are fishing under this EFP, alternate trip participants may submit data on their behalf. A method will be included in the mandatory post-trip reporting application for this purpose; additional data fields will be displayed for the designated representative to complete reporting for these individuals. Lastly, the trip authorization code will be directly linked to the post-trip mandatory reporting requirement, which must be completed within 24 hours of trip departure time. Any trip authorization and mandatory report must be completed and submitted prior to the initiation of a new trip with a unique authorization code.

Compliance of private recreational anglers will be enforced by DMF law enforcement. If an officer intercepts a private recreational angler as they are leaving for or returning from trips targeting or retaining red snapper, they will verify authorization codes for that trip.

For-hire captains will be required to have a copy of the EFP and have on board to show participation. In order to receive a copy of the EFP, for hire captains must contact the DMF and provide name, vessel documentation, contact information and attest that they shall adhere to federal rules to report for hire-trips through their respective federal reporting programs. For-hire captains are currently required to report trip information through the Southeast For-Hire Integrated Electronic Reporting (SEFHIER) program and through the Southeast Region Headboat Survey. DMF law enforcement will take note of for-hire fishing activities and staff will work with NOAA Fisheries OST to monitor reporting compliance.



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

Data collected through the VESL application will be summarized every other week. For-hire data will be requested through NOAA Fisheries OST and used to determine catch at the end of Wave four.  Once Wave four is complete, no data will be collected beyond MRIP data collection that already occurs throughout the year.  As we progress through this pilot project, we will work with NOAA Fisheries OST regarding sampling design and implementation.

The NCDMF Director has proclamation authority to implement management measures to comply with the Fishery Management Plan for the Snapper Grouper Fishery of the South Atlantic Region. The recreational snapper grouper proclamation will be amended to address possession and mandatory reporting requirements for both sectors as required through the EFP.

Outreach using press releases and social media will be created and distributed to announce the opportunity to participate. Videos will be developed to demonstrate how to use the VESL app, and relay to recreational anglers and the for-hire fleet information about the EFP and reporting requirements that they must submit to participate on the EFP.

**Data variables:**
Information to be collected through the state application VESL and will be consistent with information collected by South Carolina and Georgia:
   a. ***Prior to fishing***: Name and contact of registered angler (login will be email)/ Trip number / Trip date / Trip start time / Landing county and site / Vessel registration number or US Coast Guard Documentation number
   b. ***At trip completion***: Trip end time / Depth fished / Number of red snapper harvested / Number of red snapper released and general fate (alive or dead) / Hours spent fishing for red snapper

A unique trip identification will be created for each fishing trip, and a new trip cannot be initiated without the prior trip's complete and submitted report. Reporting will be mandatory, however the decision to indicate which of the above fields will be mandatory when implemented is still under consideration. The number of red snapper landed and discarded on the fishing trip will be a required field.

Validation of trips will occur alongside opportunistic angler intercept interviews conducted by NCDMF staff at saltwater access points.  When feasible, staff will attempt to collect trip authorization codes, vessel registration number, number of anglers, hours fished, and number of fish released and retained. Intercept reports will be cross-referenced to VESL application reports and should shed light on quality of self-reported catch information and



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

compliance.  Data collection will not include correction factors for non-reporting during this first year. Data will be managed and processed then provided to ACCSP.

Anglers will be encouraged to provide red snapper carcasses through the NC Carcass Collection Program. This is a statewide program where carcasses of finfish are donated by recreational anglers. The division has placed freezers at designated sites across coastal areas to allow anglers to donate fileted fish carcasses. Red snapper carcasses will be collected to provide length, age, and sex data. Incentives will be used to encourage donations of red snapper carcasses. Anglers will fill out catch cards with the trip identifier, date, and other information required when donating carcasses. Depending on availability and capacity, NCDMF staff will coordinate with anglers for placement of coolers for ease of carcass collection as well as meet anglers at the dock to collect biological samples.

**Mail Survey**
Contact information collected through the VESL application (emails) will be used to survey private recreational anglers.  Contact information provided by for-hire captains to receive an EFP will also be used to survey the for-hire sector. Information collected through the survey will include demographic information, social and economic information, input on state management and mandatory reporting and trip satisfaction information.

iv.   **Documentation required for vessels covered by the EFP**
   (A) USCG documentation, state license, or registration of each vessel, or the information contained on the appropriate document
   (B) The current name, address, and telephone number of the owner and master, if not included on the document provided for the vessel

NC DMF will provide a list of documentation and contact information for anglers, captains, and vessels weekly.

v.   **Targeted species expected to be harvested under the EFP, the amount, arrangements of disposition, and anticipated impacts on the environment, fisheries, marine mammals, threatened or endangered species, and EFH.**

The target species to be harvested under this EFP is red snapper (*Lutjanus campechanus*). North Carolina continues to request the resulting harvest from this EFP be equal to what is harvested during Wave for (62 days) by the private anglers registered on the VESL application and for-hire captains who requested a copy of the EFP and attested to mandatory reporting requirements. The poor quality of MRIP landings and discard data



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

makes it extremely difficult to determine a harvest amount. Also, any projected red snapper harvest would be based on mini seasons and is inappropriate to estimate a specific number of fish for the proposed 62-day season. NC will limit harvest by the number of fishing days, bag limits and vessel limits (Table 2). Catch and effort data collected through this EFP will then provide more appropriate data to determine a projected harvest for the second year EFP.  We request to be exempted from the recreational ACL and propose to work with NOAA fisheries to make use of dead discards available from the ABC to convert into harvest.

As noted earlier in this EFP, we are proposing one red snapper per person per day may be harvested with no size limit. We are also proposing vessel limits on all recreational sectors to constrain overall harvest (Table 2). Other snapper and grouper species are expected to be incidentally caught but will not be covered under this EFP.  Participants will be required to follow current fishing seasons, size and bag limits established by state and federal regulations. Biological information will be provided through the carcass collection program and red snapper that are discarded by participants will be recorded through the VESL application.

Table 2. 2026 Proposed Recreational Bag Limits during EFP.

| Sector | Limits |
|---|---|
| **Private Recreational** | 1 per person or 4 per vessel (whichever more restrictive) |
| **Charter Boat (6 or less)** | 1 per person or 4 per vessel (whichever more restrictive) |
| **Headboat (Greater than 6)** | 20 per vessel |

No significant impact on the red snapper population is expected. The red snapper is no longer overfished, is rebuilding faster than anticipated and overfishing is no longer occurring. There is minimal risk that harvest resulting from this EFP will impact the overfishing limit (OFL) of 551,000, or the total ACL of 509,000 fish and addresses National Standard 1 because:

- North Carolina is at the northern range of the stock with much of the population occurring further south (Figure 1.).
- It is anticipated that not every private angler and every for-hire captain will fish all 62 days due to weather, life issues, employment, mechanical issues, etc. It was noted, in a previous Florida EFP, 12,000 fish were requested, but only 5,300 were harvested because of these reasons (C.J. Sweetman, FWC personal comment).
- It is anticipated that daily effort will decompress because of the increased number of days available for fishing (Topping, et al. 2019).

State of North Carolina | Division of Marine Fisheries
3441 Arendell Street | P.O. Box 769 | Morehead City, North Carolina 28557
252-515-5500



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*



Figure 1. Red Snapper Relative Abundance 2019-2024. Source <u>Southeast Reef Fish Survey</u>, SC DNR.

In the absence of an EFP, red snapper would continue to be regulatorily discarded. By allowing retention of red snapper that would otherwise be discarded, the requested EFP converts discards into harvest, makes use of the fishery resource instead of wasting the resource and therefore addresses both National Standards 5 and 9. This EFP also provides an opportunity to  begin characterizing the NC red snapper fishery  and addresses National Standard 8 by documenting the importance of the red snapper fishery to North Carolina coastal communities.

No significant impact on the environment, marine mammals, threatened or endangered species or EFH is expected since recreational fishing has and will continue to occur regardless of red snapper harvest.

**vi.    Time and place fishing will take place and gear to be used.**
The time period requested for this EFP is July 1, 2026, through August 31, 2026, which corresponds with MRIP Wave four and what is requested in SC and GA's EFP.  The gear will be allowable hook and line gear consistent with current regulations.



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

**vii.    Specific regulations for which an exemption is being requested**

50 CFR 622.8 (b) Quota closures

When a quota specified in this part is reached or is projected to be reached, the Assistant Administrator will file a notification to that effect with the Office of the Federal Register. On and after the effective date of such notification, for the remainder of the fishing year, the applicable closure restrictions for such a quota, as specified in this part apply. See the applicable ACLs, annual catch targets (ACTs), and AMs sections in subparts B through U of this part for closure provisions when an applicable ACL or ACT is reached or projected to be reached.

50 CFR 622.181(c)(2) Red Snapper

Red snapper may only be harvested or possessed in or from the South Atlantic EEZ during the commercial and recreational seasons as specified in §§ 622.183(b)(5) and 622.193(y). Any red snapper caught in the South Atlantic EEZ during a time other than the specified commercial or recreational seasons specified in § 622.193(y) must be released immediately with a minimum of harm. In addition, for a person on board a vessel for which a valid Federal commercial or charter vessel/headboat permit for South Atlantic snapper-grouper has been issued, the prohibition on the harvest or possession of red snapper applies in the South Atlantic, regardless of where such fish are harvested or possessed, *i.e.,* in state or Federal waters.

50 CFR 622.193(y)(2) Recreational sector

The recreational ACL for red snapper is 22,797 fish. The AA will file a notification with the Office of the Federal Register to announce the length of the recreational fishing season for the current fishing year. The length of the recreational fishing season for red snapper serves as the in-season accountability measure. See § 622.183(b)(5) for details on the recreational fishing season. On and after the effective date of the recreational closure notification, the bag and possession limits for red snapper are zero.

**viii    Signature of applicants**

Kathy B. Rawls
NC Division of Marine Fisheries Director

Patricia Murphey
Executive Assistant for Councils

State of North Carolina | Division of Marine Fisheries
3441 Arendell Street | P.O. Box 769 | Morehead City, North Carolina 28557
252-515-5500



JOSH STEIN
*Governor*

D. REID WILSON
*Secretary*

KATHY B. RAWLS
*Director*

## ix.    Literature Cited

NMFS Fisheries. 2025. Secretarial Amendment 59 to the Fisheries Management Plan for Snapper Grouper, National Marine Fisheries Service, Southeast Region, 263 13th Ave S., St. Petersburg, FL, 33701.

SEDAR. 2021. SEDAR 73 South Atlantic Red Snapper Stock Assessment Report. SEDAR, North Charleston SC. 194 pp. http://sedarweb.org/sedar-73

SEDAR. 2024. SEDAR 73 Update of South Atlantic Red Snapper Stock Assessment Report. SEDAR, North Charleston SC. 131 pp. http://sedarweb.org/sedar-73

Topping, T.S., M.K. Streich, M.R. Fisher, G.W. Stunz. 2019. A comparison of private recreational fishing harvest and effort for Gulf of Mexico Red Snapper during derby and extended federal seasons and implications for future management. *North American Journal of Fisheries Management*, 39:1311 – 1320.

State of North Carolina | Division of Marine Fisheries
3441 Arendell Street | P.O. Box 769 | Morehead City, North Carolina 28557
252-515-5500

# South Carolina Department of Natural Resources



# Overview of For-Hire Electronic Reporting

## For questions contact:

Sydney Bates
Recreational Data Coordinator
(843) 953-8748
CharterReporting@dnr.sc.gov

Elizabeth Gooding
Fisheries Statistics Section Manager
(843) 953-0119



If you forget your password, click here to reset it. Support@vesldata.com will send a link to the email address we have on file for you. Be sure to check your junk folder and add VESL support to your known contacts to avoid lost emails.



These tabs will take you to the same page.

By clicking on these 3 stacked bars, a drop-down navigation menu will appear to the left. The options on this menu are the same as the tabs on the Dashboard (homepage). You can use this menu while on any screen in the site.



We'll explore each of these tabs/pages, with the current working page noted in the upper left throughout the tutorial. Remember that the Reporting Status and Create No Business are the same page – we'll cover submitting no activity in Reporting Status.

In the Reporting Status page, you'll see an overview of the entire fiscal year. Remember DNR's fiscal year is **July 1 → June 30**.





# Federal Permits:



If you purchase federal permits, your reporting requirements will automatically switch to weekly rather than monthly, as shown.

As long as you report your trips through VESL to SCDNR, your reports will be sent to SERO automatically.

# Federal Permits:



The charter shown on the right is compliant for SCDNR, but out of compliance for SERO.

If you do not report one week in a month, you will be compliant for SCDNR, but out of compliance for SERO and will not be able to renew your federal permits.

This also applies for pending trips. If you only have pending trips, and no submitted trips for a week, you are out of compliance for SERO.



Now we'll take a look at creating a trip.

Remember, your reporting requirements are trip-level, so if you make multiple trips in a day, you'll need to submit a trip for each one.



# Common Problem: Overlapping Trips



**Create Trip**

Sometimes when creating a trip, the end date accidentally jumps a couple days. You will then be unable to submit a trip later in the week during the trip dates accidentally listed.

Pending

❗ **1 error must be resolved before submitting.**
  • The trip start to trip end time overlap an existing trip for this vessel.

This is the error message you will see when trying to submit a trip within dates from extended trip.

**Trip Details**

Trip Start (EDT) * ℹ️
09/12/24 02:00 PM

Trip End (EDT) * ℹ️
09/12/24 05:00 PM

To check for this error: go to reporting status to review trips and see dates. See date change below.

*Remember: this trip is still pending and needs to be submitted when overlap is fixed!

| ☐ | TRIP # ▲ | TRIP DATE & TIME ▾▴ | TRIP END ▾▴ | LAST MODIFIED ▾▴ | STATUS |
|---|---|---|---|---|---|
| ☐ | ✏️3 | 09-12-2024 02:00 PM | 09-12-2024 05:00 PM | 03-24-2025 02:12 PM | Pending |
| ☐ | 👁2 | 09-10-2024 09:00 AM | 09-17-2024 12:00 PM | 03-24-2025 02:11 PM | ✓ Submitted |

Staff can see pending trips, so if you are having trouble clearing an error, call and let us walk you through it.



## Location and Reef Selector

After selecting a Location and/or Reef, please click Done.

- Location: 32, 79 - B2 ✕
- Reef: Charleston Nearshore Reef ✕

Note: if you click on the wrong box or reef, click the red "x" next to the location/reef name.

Each of these boxes represents a 10x10 sq. mile area. Select the box in which <u>most</u> of the fishing activity occurred. If you also fished on an artificial reef, click on the black box that represents it. You'll see the location and reef name populate above. Then click done in the bottom right. If no fishing took place on a reef, select your location and then click done.

Map    Satellite

Charleston Nearshore Reef

Depth: -8

Each black box with a white "r" represents an artificial reef. The reef name will appear if you hover over the icon.

Map data ©2019 Google Imagery ©2019 TerraMetrics | Terms of Use

CANCEL     DONE









Now let's explore Find Trip.

This icon allows you to see activity/trips for a timeframe you select.



# HELP & SUPPORT



Unfortunately, as of now, the VESL app is not compatible with SCDNR. These steps show you how to pin VESL to your homescreen as an app.

# Pinning VESL to Your Home Screen



**Step 1**: Use Safari for Apple products and Chrome for Android products.



**Step 2**: Type vesldata.com into the browser.



**Step 3**: When the dashboard appears, click on the symbol circled above.



**Step 4**: Scroll down until you see "Add to Home Screen," circled above.



**Step 5**: Click "Add," circled above.



**Step 6**: Access VESL from your home screen. App will appear as shown above.

# Downloading Your Trip Data



1. **Click on "Find Trip" from your dashboard.**

**2. Enter your vessel number.**

**3. Choose a date range.**

**4. If interested in all trips within date range, click this box. Otherwise click boxes to the left of specific trips needed.**

**5. Click "Download Selected Items." Click on Excel (if preferred) and click "OK."**