F-5573-23-F2

# Recreational Effort, Catch, and Biological Sampling in Florida During the 2025 South Atlantic Red Snapper Season

Ellie Corbett[1] and Chloe Ramsay[1,2]

1 - Florida Fish and Wildlife Conservation Commission
Fish and Wildlife Research Institute
Fisheries Dependent Monitoring Sub-section
Saint Petersburg, FL

2-University of South Florida
College of Marine Science
Center for Environmental Analysis, Synthesis, and Application
Saint Petersburg, FL

Final Report
Submitted December, 3rd, 2025
National Marine Fisheries Service, Southeast Regional Office
Saint Petersburg, FL

F-5573-23-F2

**Table of Contents**

Executive Summary ............................................................................................................... 3

Section 1. Private Mode .......................................................................................................... 4

Section 2: Charter Mode ....................................................................................................... 11

Section 3. Biological Sampling.............................................................................................. 16

Appendices............................................................................................................................ 20

**Acknowledgments**

We would like to thank Florida east coast recreational anglers and charter vessel operators for their assistance in the collection of catch and effort data as well as biological samples from their catch. Without their cooperation, these sampling efforts could not have been a success. We would also like to acknowledge the marina and boat ramp operators who so graciously allowed us to operate from their facilities. We would like to acknowledge several groups from FWC's Fish and Wildlife Research Institute (FWRI). Staff from Fisheries Dependent Monitoring assisted with local coordination, data collection, sample processing, database management, data entry, purchases and travel reimbursements. Greg Onorato and Josef Schuster from Fisheries Independent Monitoring and Philip Stevens from Marine Fisheries Biology allowed for the use of their vehicles for sampling. Jessica Carroll and staff of the Age and Growth Lab processed biological samples. We also thank FWC's Division of Marine Fisheries Management staff, FWRI Fisheries Independent Monitoring Staff, and FWRI Marine Finfish Biology staff, who provided valuable assistance in the field. This work was supported in part by the state of Florida funds used to expand the State Reef Fish Survey and from the NOAA Fisheries Southeast Regional Office.

F5573-23-F

## Executive Summary

Since 2012, the state of Florida has conducted specialized surveys to provide precise estimates of Red Snapper effort and catch during recreational mini-seasons in the South Atlantic (Ramsay and Corbett, 2025). This report summarizes methods and results for specialized surveys of the private and charter boat segments of the recreational fishery operating from the east coast of Florida during the 2025 recreational season for Red Snapper in the South Atlantic. The two-day season took place over a single weekend in July (July 11-12, 2025). Final estimates for the 2025 season are provided for both the private and charter boat segments of the recreational fishery.

During the 2025 season, weather conditions were favorable for offshore fishing. An estimated $33,754 \pm 9,527$ (SE) private boat angler trips targeted Red Snapper over the 2025 season, which is a 99% increase from the previous year's one-day season. A total of 1,069 private boat parties were interviewed upon returning from trips and an estimated $23,734 \pm 6,743$ Red Snapper were harvested by private boat anglers.

For the federally permitted charter fleet, a total of 412 active charter vessels with a South Atlantic Snapper-Grouper permit were included in the sample frame, and 365 were selected for this survey. Of those selected, 76.4% responded to the dual mail / telephone survey. An estimated $1,151 \pm 81$ Red Snapper were harvested during $1,070 \pm 66$ angler trips from charter vessels over the two-day season. The vast majority (97.6%) of charter landings were from northeast Florida (Martin County north to the Georgia border).

The Red Snapper harvest season also provides a valuable opportunity to collect a large volume of fishery dependent biological samples including length, weight, and otoliths for aging. During the two-day season in 2025, biological data were collected from 1,289 Red Snapper in the private boat fleet and from 247 Red Snapper in the charter boat fleet.

F5573-23-F

## Section 1. Private Mode

## Methods

The survey design and estimation methods for private boat mode described below were developed over prior Red Snapper seasons. Detailed methods are described in Ramsay and Corbett (2025).

*Sample Design* — Off the Atlantic coast of peninsular Florida, recreational boaters must pass through one of nine navigable inlets to access Red Snapper fishing grounds in the Exclusive Economic Zone (Figure 1.1). Recreational boat traffic through these egress points was monitored during the season and boat traffic was observed during all three time periods. The morning period began at local sunrise (6:30 a.m.) and ended at 11:29 a.m., the midday period began at 11:30 a.m. and ended at 3:29 p.m., and the evening period began at 3:30 p.m. and ended at local sunset (8:30 p.m.). Matanzas Inlet is a minor egress point and was not monitored during the Red Snapper season. A ratio adjustment calculated from monitoring in prior seasons was applied to St. Augustine to account for the small amount of additional effort through Matanzas Inlet.

A complementary intercept survey was also conducted to interview parties as they returned from boating trips to determine whether they were fishing for Red Snapper, measure catch rates and collect biological samples from harvested fish. Private boat launch sites adjacent to each of the eight monitored inlets were randomly selected. The boat party interview also collected data necessary for a complete accounting of recreational fishing effort specifically for Red Snapper. During an assignment, each party that returned from a recreational boat trip was interviewed to determine the proportion that exited through inlets for the purpose of targeting Red Snapper, and the proportion of fishing trips that departed before sunrise and thus were not accounted for in the inlet boat count survey. Field procedures for conducting trip interviews with intercepted vessels are described in reports for previous years (Sauls et al., 2017; Vecchio et al., 2021; Sauls and Corbett, 2022; Corbett and Sauls, 2023; Corbett, 2024).

*Estimation*

The following steps were used to estimate total fishing effort (Table 1.1):

1) The numbers of recreational boats observed exiting through each inlet during daylight hours were expanded using sample weighting to generate an unadjusted estimate of boat trips in the Atlantic Ocean across all inlets.

2) The estimated number of boat trips taken by federally permitted charter vessels (see next section) was subtracted to estimate the number of private recreational boat trips.

3) The estimated private recreational boat trips were multiplied by the proportion of private recreational boat parties and state permitted charter parties that reported targeting Red Snapper during intercept survey interviews.

4) The estimated private recreational boat trips that targeted Red Snapper were adjusted to account for additional boat parties that reported exiting through inlets before sunrise to target Red Snapper.

F5573-23-F

5) The adjusted boat trips that targeted Red Snapper were multiplied by the mean number of anglers per intercepted boat party to get the total estimated number of angler trips targeting Red Snapper.

Landings were estimated for the combined number of harvested fish and the number of fish released dead by multiplying total effort by the mean catch per angler trip, the metric used for catch per unit of effort (CPUE) estimated from intercept data. CPUE estimates across inlets are weighted by the inverse proportion of interviews to fishing effort. A description of calculations is provided in prior years' reports and in Sauls et al., 2017. Fish released dead were calculated as harvest.

**Results**

Overall, the weather was generally favorable for offshore fishing during the 2025 season. National Oceanographic and Atmospheric Administration (NOAA) National Data Buoy Center wind speed, direction, and wave height data from offshore of Cape Canaveral indicated mostly southern winds for the duration of the season with an average wind speed of 2-3 knots and gusts ranging from 0-8 knots. Buoys stationed offshore from Fernandina Beach to Fort Pierce indicated wave height ranging from 1-3 feet, air temperature between 78-84 degrees Fahrenheit and sea surface temperature between 77-86 degrees Fahrenheit (NOAA 2025).

An estimated $33,754 \pm 9,527$ (SE) angler trips targeted Red Snapper over the two-day season, which represents a 99% increase compared to the one-day season in 2024. Mean daily fishing effort in 2025 (4,041 trips per day) was the third highest recorded since the survey began in 2012 (1,082 trips per day); the highest being the two-day season in 2023 (4,389 trips per day; Figure 1.2). A total of 1,069 private boat parties were interviewed upon returning from trips in the ocean and 72% reported fishing for Red Snapper. Overall CPUE for landed fish was $0.70 \pm 0.024$ (Table 1.2), which has not varied significantly in recent years (Corbett and Sauls, 2023; Corbett, 2024). Catch rates for harvested fish were highest in St. Augustine, Ponce, Cumberland, and Port Canaveral (Table 1.2). An estimated $23,734 \pm 6,743$ Red Snapper were harvested during the season. Harvested Red Snapper averaged $605 \pm 4.11$ mm fork length and $4.32 \pm 0.074$ kg.

For every Red Snapper harvested during the two-day season, an estimated 1.1 fish were released. The overall release rate was $0.79 \pm 0.094$ fish per angler trip and ranged as high as $1.10 \pm 0.158$ in St. Augustine to as low as $0.13 \pm 0.046$ in Ft. Pierce (Table 1.3). A total estimated $26,503 \pm 8,076$ Red Snapper were released during the season (Table 1.3). There was a 39% increase in estimated releases in 2025 compared to the one-day 2024 season, but a 24% decrease in estimated releases compared to the two-day 2023 season. Amongst released fish, there has been a notable increase in the proportion of parties that used a descender device on their trip in recent years (Figure 1.3). Before having a descending device onboard was first required (e.g. prior to 2020) descender device use was rarely reported (<3% of fishing parties). Since 2021, at least 20% of fishing parties report using a descender device during the Red Snapper season (Table 1.5).

F5573-23-F

Table 1.1. Effort estimates for private boat mode by nearest inlet for 2025. All uncertainty estimates are ± SE.

| Inlet | Number of boat parties intercepted | Mean anglers per party | Proportion of trips targeting Red Snapper | Proportion of trips departing after sunrise | Targeted boat trips | Targeted angler trips |
|---|---|---|---|---|---|---|
| Cumberland | 76 | 4.41±0.22 | 0.94±0.03 | 0.79±0.047 | 525±366 | 2,315±1,619 |
| Mayport | 175 | 3.99±0.12 | 0.88±0.03 | 0.59±0.039 | 1,303±829 | 5,195±3,309 |
| St Augustine | 173 | 4.47±0.18 | 0.81±0.05 | 0.51±0.040 | 1,154±800 | 5,155±3,577 |
| Ponce Inlet | 109 | 4.46±0.25 | 0.78±0.07 | 0.37±0.049 | 2,378±1,571 | 10,606±7,022 |
| Port Canaveral | 218 | 4.32±0.12 | 0.90±0.03 | 0.42±0.035 | 1,345±806 | 5,809±3,483 |
| Sebastian Inlet | 117 | 3.54±0.13 | 0.81±0.05 | 0.60±0.048 | 839±437 | 2,969±1,547 |
| Fort Pierce | 96 | 3.27±0.17 | 0.52±0.07 | 0.57±0.064 | 338±203 | 1,104±664 |
| St. Lucie | 105 | 3.00±0.36 | 0.14±0.04 | 0.64±0.103 | 200±117 | 601±356 |
| Overall | 1,069 | 4.11±0.06 | 0.72±0.02 | 0.53±0.017 | 8,082±2197 | 33,754±9,527 |

Table 1.2. Mean CPUE (landings per angler trip), estimated total landings (# of fish), mean weight (kg), and estimated total landings (kg). All uncertainty is expressed as ± SE.

| Inlet | CPUE | Landings (# fish) | Mean weight (kg) | Landings (kg) |
|---|---|---|---|---|
| Cumberland | 0.75±0.057 | 1,738±1,219 | 3.88±0.155 | |
| Mayport | 0.64±0.038 | 3,333±2,129 | 4.34±0.145 | |
| St Augustine | 0.86±0.041 | 4,446±3,089 | 4.97±0.119 | |
| Ponce | 0.77±0.062 | 8,144±5,414 | 4.23±0.180 | |
| Port Canaveral | 0.70±0.031 | 4,093±2,458 | 4.60±0.101 | |
| Sebastian | 0.40±0.047 | 1,194±634 | 3.33±0.266 | |
| Fort Pierce | 0.38±0.058 | 419±257 | 2.80±0.236 | |
| St. Lucie | 0.62±0.110 | 373±226 | 2.07±0.259 | |
| Overall | 0.70±0.024 | 23,734±6,743 | 4.32±0.074 | 102,488 ± 29,165 |
| c.v. | 0.034 | 0.284 | 0.017 | 0.285 |

F5573-23-F

Table 1.3. The average number of released fish per angler trip and estimated total landings are show with ±SE.

| Inlet | Releases per angler trip (# of fish) | Total Estimated Releases (# of fish) |
|---|---|---|
| Cumberland | 0.74±0.135 | 1,709±1,215 |
| Mayport | 1.00±0.199 | 5,179±3,394 |
| St Augustine | 1.10±0.158 | 5,681±3,985 |
| Ponce | 0.91±0.265 | 9,680±6,745 |
| Port Canaveral | 0.46±0.065 | 2,666±1,626 |
| Sebastian | 0.45±0.118 | 1,323±751 |
| Fort Pierce | 0.13±0.046 | 141±94 |
| St. Lucie | 0.21±0.107 | 128±92 |
| Overall | 0.79±0.094 | 26,503±8,076 |
| c.v. | 0.120 | 0.305 |

Table 1.4. Season length and total catch estimates for private boat mode expressed in numbers of Red Snapper during 2025 as compared to previous monitored seasons. Error is shown as SE.

| Year | Month(s) | Number of days | Estimated harvest | Estimated releases |
|---|---|---|---|---|
| 2025 | July | 2 | 23,734 (±6,743) | 26,503 (±8,076) |
| 2024 | July | 1 | 11,822 (±2,527) | 19,064 (±4,436) |
| 2023 | July | 2 | 26,915 (±6,843) | 34,864 (±9,143) |
| 2022 | July | 2 | 16,324 (±4,549) | 24,273 (±7,142) |
| 2021 | July | 3 | 30,206 (±3,159) | 54,685 (±5,541) |
| 2020 | July | 4 | 30,921 (±5,820) | Not available |
| 2019 | July | 5 | 37,750 (±6,292) | 56,648 (±10,163) |
| 2018 | August | 6 | 30,050 (±6,256) | 41,660 (±10,057) |
| 2017 | Nov.-Dec. | 9 | 5,390 (±475) | 4,331 (±561) |
| 2014 | July | 8 | 22,013 (±2,782) | 9,755 (±1,741) |

F5573-23-F

| | | | | |
|---|---|---|---|---|
| 2013 | August | 3 | 6,999 ($\pm$1,321) | 5,033 ($\pm$1,512) |
| 2012 | Sept. | 6 | 11,136 ($\pm$1,734) | 17,587 ($\pm$9,031) |

Table 1.5. Proportion of fishing parties interviewed during 2025 that reported releasing Red Snapper in-season by release method. Data were summarized for parties that reported releasing all fish at the surface without applying a barotrauma mitigation technique (surface release only), venting at least some (or all) fish released at the surface (venting), descending at least some fish (descending), or venting and descending at least some fish (venting and descending).

| Inlet | Fishing parties (n) | Surface release only | Venting | Descending | Venting and descending |
|---|---|---|---|---|---|
| Cumberland | 39 | 0.436 | 0.436 | 0.103 | 0.026 |
| Mayport | 82 | 0.329 | 0.451 | 0.159 | 0.061 |
| St. Augustine | 78 | 0.244 | 0.385 | 0.231 | 0.141 |
| Ponce Inlet | 43 | 0.419 | 0.442 | 0.047 | 0.093 |
| Port Canaveral | 73 | 0.151 | 0.397 | 0.315 | 0.137 |
| Sebastian Inlet | 28 | 0.286 | 0.250 | 0.286 | 0.179 |
| Fort Pierce | 10 | 0.200 | 0.300 | 0.500 | . |
| St. Lucie | 5 | . | 0.200 | 0.800 | . |
| Overall | 358 | 0.285 | 0.399 | 0.215 | 0.101 |



Figure 1.1. Geographic area of study and inlets included in study area.

F5573-23-F





Figure 1.2. Mean boat parties per day that targeted Red Snapper during the harvest season (top panel), and total estimated boat trips (shown as bars) with season length (shown as a line) as a second axis (bottom panel).

F5573-23-F



Figure 1.3. Reported release methods by year and proportion of fishing parties reporting release method techniques. Data on release methods was not collected in 2020 due to the Covid-19 pandemic.

F5573-23-F

## Section 2: Charter Mode

## Methods

*Mail / Telephone Survey* — Charter vessels are surveyed by Florida Fish and Wildlife Research Institute (FWRI) on their fishing activity during the Red Snapper season in the South Atlantic and responses are used to generate an estimate of effort and catch. A list of for-hire vessels with active South Atlantic Snapper-Grouper federal fishing permits is provided to FWRI by the NOAA Fisheries Southeast Regional Office (SERO) prior to the season opening. This permit list was merged (using the vessel registration number) with a list of active charter vessels operating in Florida. This list of active charter vessels is maintained by FWRI for NOAA Fisheries and serves as the sample frame for the telephone survey portion of the MRIP For-Hire Survey (FHS; for complete documentation: https://media.fisheries.noaa.gov/2021-09/MRIP-Survey-Design-and-Statistical-Methods-2021-09-15.pdf). Vessels selected to participate in the FHS (10% sampled weekly) during the South Atlantic Red Snapper season were excluded from FWC's survey. All remaining charter vessels were selected to report Red Snapper trips during the 2025 season.

One week before the July fishing season opened, each selected vessel was sent a letter describing the intent of FWC staff to collect catch and effort data for charter trips targeting or harvesting Red Snapper. The letter explained that captains could participate in the survey by completing and returning the enclosed log sheet (Appendix 1). If the log sheet was not returned, FWC attempted to contact vessel operators by telephone for up to two weeks after the Red Snapper season. The log sheets were printed on waterproof paper to encourage captains to fill it out while on the boat to improve the accuracy of responses. A postage-paid envelope was also provided to encourage prompt return of the log sheet. The logs provided space to record trip and catch level data for up to three trips that targeted Red Snapper on each day the Red Snapper season was open, including: number of anglers, number of passengers, trip origin (state and county), distance from shore and depth fished, dock to dock hours, hours fished, numbers of Red Snapper harvested, and numbers of Red Snapper released alive and dead (Appendix 2). Each vessel representative was called up to five times within the two-week period, until a successful contact was made or until their mailed log sheet was received (Figure 2.1). Vessels that did not return the log sheet or that could not be contacted by the fifth call attempt were marked as non-contacts for the fishing season.

*Catch and Effort Estimation* – Survey responses were used to estimate the total number of charter boat trips that targeted Red Snapper, charter angler trips that targeted Red Snapper, and numbers of Red Snapper harvested and discarded by all active federally permitted charter vessels during the South Atlantic Red Snapper fishing season. The formula used to calculate the total boat trips, angler trips, and numbers of fish harvested and released for each region is:

$$\hat{Y} = \sum_{i=1}^{n} w_h y_{h,i}$$

$$(2.1)$$

Where $y_{h,i}$ corresponds with the total number of boat trips, anglers, or fish reported by respondent $i$ in region $h$ during the time when Red Snapper harvest was open. The sample

F5573-23-F

weight, $w_h$, accounts for variable participation and survey response rates across different regions of the state and was calculated as:

$$w_h = {N_h}/{n_h}$$

(2.2)

Where $N_h$ is the total number of active federally permitted charter vessels in Florida, and $n_h$ is the total number of charter vessels that responded to the mail/telephone survey. Regions, delineated by business address, were estimated and weighted separately due to differences in the number of expected Red Snapper trips taken by charters based further from or closer to the center of abundance for this species. Vessels with home ports in northeast Florida, southeast Florida, Monroe County, and the Gulf coast of the state were treated as separate strata in the estimation (Table 2.1). The Northeast region included permitted vessels with a home port in one of the counties on the Atlantic coast of Florida where Red Snapper are most likely to be targeted during the South Atlantic season (Table 2.1). The SAS procedure, PROC SURVEYMEANS, was used for this estimation (Appendix 3), and the variance is calculated using the Taylor Series method (SAS Enterprise Guide, 2020).

*Undercoverage Adjustment* – Off-frame charter vessels that were encountered during dockside surveys were included in expansions for total effort in the private boat fishery. The dockside surveys and effort estimation are described in section 1, above. Thus, an under-coverage adjustment was not applied to the estimates of fishing effort for charter mode, since this would result in an over-estimate of total recreational landings for both modes combined.

**Results and Discussion: Charter Mode**

The 2025 South Atlantic Red Snapper season marked the ninth year that a dual mail / phone survey was used to collect trip level data from the federal for-hire fleet. The survey was distributed to a total of 365 permitted charter vessels, with an overall response rate of 76.4% (Table 2.2). This is the lowest response rate since 2020 (72%; Table 2.3). Estimates of boat trips, angler trips, harvest, and releases were generated for northeast Florida (Nassau to Martin Counties), southeast Florida (Palm Beach to Miami-Dade Counties), and the Florida Keys (Monroe County; Table 2.4). Overall, during the 2025 season, an estimated $1,151 \pm 81$ (SD) Red Snapper were harvested during $1,070 \pm 66$ charter angler trips. Trip details provided by 135 charter vessels operating in northeast Florida reported an average fishing depth of $37.64 \pm 14.5$ m and distance from shore of $26.56 \pm 11.5$ mi. The 2025 survey yielded seven trip-level reports from the Florida Keys. These Florida Keys trip reports indicate that charter trips occurred closer to shore ($16.20 \pm 12.7$ mi from shore), but at deeper depths ($103.02 \pm 79.4$ m) than northeast Florida Trips. The survey additionally yielded three trip level reports from the southeast Florida region (Palm Beach to Miami-Dade Counties) with a reported depth of 116.84 m ($\pm$ 57.7), 4 miles ($\pm$ 1) from shore. No Red Snapper trips were reported by respondents from vessels with home ports in West Florida.

F5573-23-F

Table 2.1. Regional groupings of coastal counties used for generating catch and effort estimates.

| Region | Coastal Counties |
|---|---|
| Northeast | Nassau, Duval, Clay, St Johns, Flagler, Volusia, Brevard, St. Lucie, Martin |
| Southeast | Palm Beach, Broward, Miami-Dade |
| Keys | Monroe |
| West Florida | Escambia, Santa Rosa, Okaloosa, Walton, Bay, Gulf, Franklin, Wakulla, Taylor, Dixie, Levy, Citrus, Hernando, Pasco, Pinellas, Hillsborough, Manatee, Sarasota, Charlotte, Lee, Collier |

Table 2.2. Survey frame size, sample size, summary of responses via mail and phone, and response rates by region for the 2025 season.

| Region | Charter Vessels | Total Selected | Proportion Selected | Mail Responses | Phone Responses | Response Rate |
|---|---|---|---|---|---|---|
| Northeast | 160 | 143 | 0.894 | 27 | 84 | 0.776 |
| Southeast | 48 | 42 | 0.875 | 3 | 35 | 0.905 |
| Keys | 163 | 143 | 0.877 | 11 | 91 | 0.713 |
| West Florida | 41 | 37 | 0.902 | 12 | 16 | 0.757 |
| Overall | 412 | 365 | 0.886 | 53 | 226 | 0.764 |

Table 2.3. Table of response rates during 2017-2025, the time frame that the combined mail-telephone survey has been conducted.

| Year | Northeast | Southeast | Keys | West Florida | Overall |
|---|---|---|---|---|---|
| 2025 | 0.776 | 0.905 | 0.713 | 0.757 | 0.764 |
| 2024 | 0.747 | 0.882 | 0.835 | 0.875 | 0.809 |
| 2023 | 0.817 | 0.830 | 0.794 | 0.839 | 0.812 |
| 2022 | 0.814 | 1.000 | 0.725 | 0.864 | 0.808 |
| 2021 | 0.846 | 0.522 | 0.772 | 0.831 | 0.779 |
| 2020 | 0.731 | 0.447 | 0.709 | 0.886 | 0.724 |
| 2019 | 0.688 | 0.683 | 0.691 | 0.907 | 0.740 |
| 2018 | 0.703 | 0.816 | 0.777 | 0.902 | 0.792 |
| 2017 | 0.846 | 0.763 | 0.768 | 0.875 | 0.803 |

F5573-23-F

Table 2.4. Total estimated effort and catch (±SD) from active, federally permitted charter vessels.

| Region | Targeted Boat Trips | Targeted Angler Trips | Landings (# of fish) | Mean Weight (kg) | Landings (kg) | Releases (# of fish) |
|---|---|---|---|---|---|---|
| Northeast | 195 (±11) | 1,008 (±64) | 1,124 (±79) | | | 1,031 (±195) |
| Southeast | 4 (±1) | 16 (±4) | 1 (±1) | | | 0 |
| Keys | 11 (±3) | 46 (±13) | 26 (±11) | | | 6 (±5) |
| Overall | 210 (±12) | 1,070 (±66) | 1,151 (±81) | 4.76 (±0.140) | 5,479 (±416) | 1,039 (±195) |

Table 2.5. Mean daily charter effort in 2025 compared with prior years.

| Year | Season Length (Days) | Targeted Boat Trips | Targeted Boat Trips per Day | Angler Trips | Angler Trips per Day |
|---|---|---|---|---|---|
| 2025 | 2 | 210 | 105 | 1,070 | 535 |
| 2024 | 1 | 159 | 159 | 790 | 790 |
| 2023 | 2 | 284 | 142 | 1,432 | 716 |
| 2022 | 2 | 266 | 133 | 1,347 | 674 |
| 2021 | 3 | 372 | 124 | 3,785 | 1262 |
| 2020 | 4 | 592 | 148 | 2,783 | 696 |
| 2019 | 5 | 584 | 117 | 2,899 | 580 |

F5573-23-F



Figure 2.1. Frequency of attempted phone calls to federally permitted charter representatives, as a function of the status after the final call. Status Codes: 1=Complete interview, 2=Incomplete, but all key questions answered, 3=Refusal, 4=Language barrier, 5=Mid-Interview refusal, 6=Ineligible, 7=Unable to Contact, 8=Inactive.

F5573-23-F

## Section 3. Biological Sampling

### Methods

The Red Snapper harvest season provides an opportunity to collect fishery-dependent, biological samples from a species with a very short open season. Biological samples were collected from both the private boat and charter boat fisheries (described above in Sections 1 and 2). Each fish was measured (at midline in mm) and weighed (kg). One otolith was extracted for aging.

To account for varied sampling rates across inlets in the study area, sample weights were calculated. For private boat catch, sample weights were calculated for each inlet as:

$$W_h = \hat{C}_h / n_h$$

(3.1)

where $\hat{C}_h$ is the estimated landings for inlet $h$ (reported in Table 1.3), and $n$ is the number of fish sampled in inlet $h$ (reported in results section below). Sample weights for each inlet were used to calculate an overall weighted mean for fork length (mm) and kilograms for landed fish (using the survey means procedure in SAS; SAS Enterprise Guide, 2020). The sample weights for fish in each 1 cm length bin were also summed and divided by the sum of all sample weights (equal to total estimated landings) to calculate the weighted proportion of fish in each size category.

Red Snapper otoliths were assigned a unique sample number and associated data was entered into the central database for fishery dependent biological samples, housed at FWRI. Otoliths collected during the 2025 season were sectioned and aged at FWRI's Age and Growth Lab.

### Results

Biological samples were collected during intercept assignments from both the private boat and charter fisheries. Sample sizes from 2025 are provided in Table 3.1. The length frequency of fish harvested by private boat anglers and charter boats is shown in Figure 3.1. Red Snapper sampled from the private boat fishery had a mean length of 605 mm ($\pm$4.11) and mean weight of 4.32 kg ($\pm$0.074).  Red Snapper sampled from charter boats averaged 625 mm ($\pm$7.08) and 4.76 kg ($\pm$0.140).

F5573-23-F

Table 3.1. Numbers of fish sampled from private boat and charter boat trips.

| PRIVATE BOAT | | | |
|---|---|---|---|
| Inlet | Lengths | Weights | Otoliths |
| Cumberland | 141 | 141 | 141 |
| Mayport | 206 | 205 | 196 |
| St. Augustine | 294 | 290 | 291 |
| Ponce Inlet | 114 | 114 | 112 |
| Port Canaveral | 332 | 332 | 331 |
| Sebastian Inlet | 109 | 99 | 109 |
| Fort Pierce Inlet | 63 | 62 | 63 |
| St. Lucie Inlet | 30 | 28 | 28 |
| *Total* | *1289* | *1271* | *1271* |
| CHARTER BOAT | | | |
| Cumberland | 33 | 32 | 33 |
| Mayport | 43 | 38 | 43 |
| St. Augustine | 53 | 48 | 53 |
| Ponce Inlet | 22 | 22 | 17 |
| Port Canaveral | 78 | 78 | 77 |
| Sebastian | 9 | 6 | 9 |
| Fort Pierce Inlet | 7 | 7 | 7 |
| St. Lucie Inlet | 2 | 2 | 2 |
| *Total* | *247* | *233* | *241* |

F5573-23-F



Figure 3.1. Size distribution of harvested Red Snapper sampled from private boat (P) and charter boat (C) trips sampled during 2025. Samples from private boats are weighted proportional to total estimated landings for each inlet. Lengths are shown as fork length (FL) in centimeters (cm).

F5573-23-F

**References**

Ramsay, C., and Corbett, E. 2025. Florida East Coast Red Snapper (ECRS) Mini-Season Sampling. SEDAR90-DW-18. SEDAR, North Charleston, SC. 18 pp.

Corbett, E. 2024. Recreational Effort, Catch and Biological Sampling in Florida During the 2024 South Atlantic Red Snapper Season. Retrieved from https://myfwc.com/media/qyij4e5z/atlantic-red-snapper-2024.pdf.

Corbett, E., and Sauls, B. J. 2023. Recreational Effort, Catch and Biological Sampling in Florida During the 2023 South Atlantic Red Snapper Season. Retrieved from https://myfwc.com/media/yjrlij0p/americanredsnapperresults2023.pdf.

NOAA. 2025. National Data Buoy Center. Retrieved from https://www.ndbc.noaa.gov/

SAS Enterprise Guide 8.30. 2020. SAS Institute Inc., Cary, NC.

Sauls, B. J., Cody, R. P. and Strelcheck, A. J. 2017. Survey methods for estimating Red Snapper landings in a high-effort recreational fishery managed with a small annual catch limit. North American Journal of Fisheries Management 37:302—313.

Sauls, B. J., and Corbett, E. 2022. Recreational Effort, Catch and Biological Sampling in Florida During the 2022 South Atlantic Red Snapper Season. Retrieved from https://myfwc.com/media/31829/ars-report-2022.pdf.

Vecchio, J., Lazarre, D., Sauls, B. J., and Corbett, E. 2021. Recreational Effort, Catch and Biological Sampling in Florida During the 2021 South Atlantic Red Snapper Season. Retrieved from https://myfwc.com/media/29419/ars-report-2021.pdf.

F5573-23-F

## Appendices

Appendix 1. Letter sent to federally permitted charter representatives the week prior to the South Atlantic Red Snapper Season opening.

**FWC RED SNAPPER SURVEY**



**Florida Fish
and Wildlife
Conservation
Commission**

Commissioners
**Rodney Barreto**
Chairman
Coral Gables

**Steven Hudson**
Vice Chairman
Fort Lauderdale

**Preston Farrior**
Tampa

**Gary Lester**
Oxford

**Albert Maury**
Coral Gables

**Gary Nicklaus**
Jupiter

**Sonya Rood**
St. Augustine

Executive Staff
**Roger A. Young**
Executive Director

**Charles "Rett" Boyd**
Assistant Executive Director

**George Warthen**
Chief Conservation Officer

**Jessica Crawford**
Chief of Staff

Fish and Wildlife Research
Institute
**Gil McRae**
Director

*Managing fish and wildlife
resources for their long-term
well-being and the benefit
of people.*

**Fish and Wildlife
Research Institute**
100 Eighth Avenue SE
St. Petersburg, Florida
33701-5020

Voice: 727-896-8626
Fax: 727-823-0166

Hearing/speech-impaired:
800-955-8771 (T)
800-955-8770 (V)

MyFWC.com/Research

July 2, 2025

Dear Florida Charter Vessel Operator:

The 2025 federal red snapper recreational fishery in the South Atlantic will be open for two days, July 11th and July 12th. The state of Florida is requesting your assistance so that we can collect more precise information on the numbers of charter trips and numbers of red snapper harvested during this short season. You are receiving this letter because our records show that you have a valid South Atlantic Headboat/Charter Snapper-Grouper permit. Enclosed is a log sheet printed on waterproof paper that may be used to keep track of your charter fishing activity during the 2025 federal red snapper recreational season. You may respond to this survey in one of two ways:

1. At the close of the federal red snapper season, return the completed log sheet using the self-addressed postage-paid envelope. If your charter business is not offering charter fishing trips in the Atlantic Ocean during the 2025 season, simply record this information at the top of the log sheet and mail it to us at your earliest convenience.

2. After July 12th, an FWC biologist will contact you by telephone to conduct a short interview and collect information about your charter fishing activity during the red snapper season. If you have already mailed your log sheet to FWC when you receive our call, please let the caller know and we will not contact you again.

We are collecting this additional information because the regular dockside intercept survey (when FWC biologists interview charter customers at the dock) was not designed to precisely estimate landings over very short fishing seasons. Therefore, your assistance during this special season is requested to ensure that we collect the best data possible to assess the federal red snapper season. Results from this survey will be shared directly with federal fishery managers for use in monitoring landings during the 2025 season and stock assessment updates for red snapper.

FWC will also be conducting dockside surveys with charter boat and private recreational anglers as they return from red snapper fishing trips. Biologists will ask for permission to weigh and measure fish and collect samples to determine the age of each fish. The recreational harvest season offers our only opportunity to collect this vital information for use in future stock assessments. To learn more about these efforts, please visit our website. A copy of the report produced last year is available at https://myfwc.com/research/saltwater/fishstats/srfs/atlanticredsnapper/. Please feel free to contact myself or Olivia Wilms at (727) 896-8626 or FishStats@MyFWC.com if you have any questions or concerns. Thank you for your cooperation.

Sincerely,

*Ellie Corbett*

**Ellie Corbett
Research Associate**

F5573-23-F

Appendix 2. Log sheet send to federally permitted charter representatives the week prior to the South Atlantic Red Snapper season opening.

**Florida – Red Snapper Survey Log**   Vessel Name:    Vessel Number:

*Did you participate in the 2025 Federal South Atlantic Red Snapper Season (Trips where you caught or tried to catch Atlantic Red Snapper)?    YES    NO*
*If you circled yes above, please complete the log sheet below. Only report trips where Atlantic Red snapper were harvested, released at sea, or targeted.*

**Please return all completed log sheets with the self-addressed postage-paid envelope provided. Thank you for your participation.**

| Date | Day of Week | Trip No. | Trip Type (Charter Headboat Other) | No. of Anglers | No. in Party | Origin of Trip | | Miles from Shore (range) | Miles from Shore (maj. of trip) | Depth Fished (maj. of trip) | Time Trip Started (24hr) | Time Trip Ended (24hr) | Time Spent Fishing (nearest half-hr) | No. of Red Snapper Kept | No. of Red Snapper Released Alive | No. of Red Snapper Released Dead (predated, bait, floated away) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | State | County | | | | | | | | | |
| 7/11/2025 | FRI | 1 | | | | | | | | | | | | | | |
| 7/11/2025 | FRI | 2 | | | | | | | | | | | | | | |
| 7/11/2025 | FRI | 3 | | | | | | | | | | | | | | |
| 7/12/2025 | SAT | 1 | | | | | | | | | | | | | | |
| 7/12/2025 | SAT | 2 | | | | | | | | | | | | | | |
| 7/12/2025 | SAT | 3 | | | | | | | | | | | | | | |

*Please write any additional comments about the season or your trips below or on the back of this sheet.*

F5573-23-F

Appendix 3. The PROC SURVEYMEANS code used in SAS to generate the estimated number of charter boat trips that targeted Red Snapper, charter angler trips that targeted Red Snapper, and numbers of fish harvested and discarded by all active federally permitted charter vessels during the 2025 South Atlantic Red Snapper season.

```
*CALCULATE ESTIMATES FOR TRIPS TAKEN, NUMBER OF TOTAL ANGLERS, NUMBER OF HARVESTED FISH, NUMBER OF RELEASED FISH;
proc surveymeans data=merg2 total=population sum sumwgt varsum cvsum stderr;
    strata region ;
    var rf_trips anglers num_harv num_rel;
    weight w;
    domain region ;
    ods output StrataInfo=stratinfo statistics=stats domain=domainstats;
    run;
```

22