# FWC Atlantic Red Snapper EFP Project: Year 1



## Florida Fish and Wildlife Conservation Commission

SAFMC Meeting: December 2025




# Project Principal Investigators



Kristin Foss



CJ Sweetman



Matt Bunting



Jessica McCawley



Genine McClair



Chloe Ramsey



Luiz Barbieri



Chelsey Crandall



Philip Rodgers





# FWC Atlantic Red Snapper EFP Projects

- 3 unique EFP Projects
- **Year 1:** August 2024 – July 2025
- **Goals**
  - Collaborate with anglers to obtain catch and discard data
  - Test innovative strategies to reduce discards
  - Allow additional red snapper harvest
  - Develop reporting app and education course
  - Evaluate angler satisfaction

**Year 1 Complete!**



Photo courtesy of Capt. Robert Holmquist




# Study Area



| | Study Fleet | Hot Spot Fleet | SE Florida Snapper Grouper Fleet |
|---|---|---|---|
| Where: | NE Florida | | SE Florida |
| Who: | Private and for-hire vessels | Private anglers | |
| # of Participants: | Total: 40 (10/quarter) | Total: 800 (200/quarter) | |
| Summary: | - Test 15 fish aggregate bag limit<br>-Full retention of red snapper (up to 60 vessel) | - Test 15 fish aggregate bag limit<br><br>- Add. red snapper harvest opportunities (bag limit of 3 pp)<br><br>- Experimental and control group selected via lottery | |
| Angler Requirements: | - Education course<br><br>- Hail in/Hail out<br><br>- Data validation | - Customized app for reporting<br><br>- Angler satisfaction surveys<br><br>- Angler incentives | |

# Proposal Components

**Aggregate Bag Limit**

- Designed to hit bag limit quicker, stop bottom fishing; thereby reducing discards

- Considers current federal regs, species stock status

**Education Course**

- 3 modules focused on project, best fishing practices, and fish ID

- Designed to educate participants and disseminate information

**Customized App**

- Include hail out, trip information, species catch and discards

- Testing angler self-reported data



**Angler Satisfaction Surveys**

- Pre and post surveys; semi-structure interviews

- Focused on understanding angler behavior and drivers



| **Lottery Fleets** | **Study Fleet** |
|---|---|

**Lottery Fleets**

- Declare trips 24 hrs. in advance
- Collect data during fishing trip (angler)
- Provide return trip information within 48hrs upon return
- Allow biologists to sample trips
  - Target: intercept 20% of trips
  - Interview angler about trip
  - Inspect harvested fish
  - Collect biological samples

**Study Fleet**

- Declare trips 24 hrs. in advance
- Collect data during fishing trip (vessel)
- Provide return trip information within 48hrs upon return
- Camera and/or observers on board
- Allow biologists sample trips
  - Target: intercept 100% of trips
  - Inspect harvested fish
  - Collect biological samples





# EFP Application Summary: Year 1

| | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|
| | Aug. – Oct. | Nov. – Jan. | Feb. – April | May – July |
| Applications Received | 7,722 | 3,524 | 5,052 | 5,830 |
| Participants Selected | 410 | 410 | 410 | 410 |

*Over 22,100 applications in Year 1!*




# Year 1: Project Statistics

**22,100+**
applicants

**1,230**
participants

**1,019**
fleet trips completed

**866**
education courses completed

**5,019**
red snapper otoliths collected

**5,615**
red snapper harvested

**5,395**
red snapper sampled



Photo courtesy of Sam Talluto





# Year 1: Data Collected

- Aggregate bag limit
- Fishing trip details
  - Time fished, depth, weather
- Seasonal variation
- Catch composition
  - Species, length, age

- Effort by quarter
- Reported harvest and discards
- Fleet comparison
- Angler satisfaction
- Multiple validation methods

*Additional analyses ongoing!*






# Harvested Species Composition




# Harvested RS Age Composition Across Fleets




Harvested Red Snapper Age Composition (Aug.-Dec. 2024)

# Harvested RS Age Composition by Fleet



# Red Snapper Discards




# Red Snapper Harvest by Quarter




# Snapper Grouper Aggregate Harvest: Study Fleet





# Snapper Grouper Aggregate Harvest: Lottery Fleets




# Angler Satisfaction




# Participant Feedback

- *"I've never been part of anything like that before, so it was interesting and honestly fun. Being out on the water and seeing the process firsthand was great."*

- *"At the management level, **they have done nothing but instill trust and follow through on what they have been saying**. We may not want to hear it, we may not like their answer, but they're very straightforward and they're very honest about it. And we have, we appreciate that."*

- *"**We've learned a lot about the snapper fishery** by working with the biologists who come out to sample the catch. They're fantastic, really a great team. **We've gained a much better understanding of the current snapper population**."*



Photo courtesy of Erika Jordan




# Year 1: Takeaways

- Strong cross- agency coordination and cooperation
- 15-fish snapper grouper aggregate is too large
- Anglers content with being able to hit their red snapper limit and stop bottom fishing
- Discards are reduced; turning discards into harvest
- Effort varies by season
- Anglers support reporting data to FWC
- Participation increased angler satisfaction
- Positive feedback with high interest



*Additional analyses ongoing!*




# Lessons Learned

- Keep requirements minimal to ensure participation
- Not all fishing days are created equal
- Anglers are open and responsive to change in fishing behavior and management strategies
- Anglers are willing and eager to assist in providing better data
- Building trust and relationships is key to conserving resource



Photo courtesy of Hudson Davis

*Results informed FWC state management EFP proposal*




# FWC Atlantic Red Snapper EFP Project:  Year 2

- Continuation of Year 1
- Changes include:
  - Adding headboat component
  - Modifying red snapper retention limits
  - Adjusting snapper grouper aggregate
  - Removing control group
  - Streamlining data reporting

*Quarter 2 is underway!*



Photo courtesy of Jesse Bowling




# Thank you to all participants, sponsors, and supporters of the project!










# Acknowledgements

**Project Team**

Kristin Foss        CJ Sweetman

Jessica McCawley    Luiz Barbieri

Chelsey Crandall     Phil Rodgers

Matt Bunting         Genine McClair

Chloe Ramsay

**Division of Marine Fisheries Management**

**Fisheries Dependent Monitoring**

**Conservation Social Sciences**

**Office of Licensing and Permitting**

**FWC Law Enforcement**

**Office of Information Technology**

**Office of Finance and Budget**

**EFP Biologists**

Hunter Brown

Kayla Fields-Rivera

Tiffany Gialanella

Josalyn Gomez

Jake Somereve

Thank you to all who have made this project a success!





24

*Questions* ❓

