**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC.; SLASH CREEK WATERWORKS, INC.; STRAWBERRY, INC.; JEFFREY ODEN; JACK COX, JR.; and ANTONIO GIAMBANCO. <br><br> Plaintiffs, <br><br> v. <br><br> HOWARD LUTNICK, in his official capacity as Secretary of Commerce; and NATIONAL MARINE FISHERIES SERVICE <br><br> Defendants | No. 1:26-cv-01533-RC |

**RESPONSE TO MINUTE ORDER**

Pending before this Court is a motion to intervene filed by The American Sportfishing Association ("ASA") and the Coastal Conservation Association ("CCA") (Doc. 9). In light of that motion, in a Minute Order issued today, this Court requested ASA and CCA's position as to whether they can comply with the existing schedule, including filing an opposition brief by May 18, 2026, and appearing for the hearing on May 20, 2026.

The answer is yes. The ASA and CCA can file an opposition to Plaintiffs' motion for a preliminary injunction by the end of the day on May 18, 2026. And counsel for the ASA and CCA can appear before the Court for a hearing on May 20, 2026.

May 14, 2026                    Respectfully submitted,

                    /s/ Joshua Counts Cumby
                    Joshua Counts Cumby (Bar ID: 1027860)
                    Adams & Reese, LLP
                    1600 West End Avenue, Suite 1400
                    Nashville TN 37203
                    Tel. (615) 259-1024
                    joshua.cumby@arlaw.com

1

Jeffrey E. Richardson
*Admitted pro hac vice*
Adams & Reese, LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70130
Tel. (504) 581-3234
jeff.richardson@arlaw.com

Robert P. Fowler
*Admitted pro hac vice*
Adams & Reese, LLP
1901 6th Avenue North, Suite 1110
Birmingham, AL 35201
Tel. (205) 250-5060
rob.fowler@arlaw.com

*Counsel for the American Sportfishing Association
and the Coastal Conservation Association*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

*/s/ Joshua Counts Cumby*
Joshua Counts Cumby

2