

March 10, 2026

Ms. Mary Vara
Southeast Regional Office
National Marine Fisheries Service
263 13th Avenue South
St. Petersburg, FL 33701

**Re:     NOAA-NMFS-2026-0496/Public Comment in Support of Red Snapper State Exempted Fishing Permits**

Coastal Conservation Association ("CCA") and the American Sportfishing Association ("ASA") are among the national recreational angling groups that have worked to support efforts to shift greater data collection responsibilities to the South Atlantic states. Founded in 1977, CCA is a national non-profit organization dedicated to ensuring sustainable, science-based management of our marine resources and enhancing access for recreational angling. ASA is the nation's trade association representing the recreational fishing industry, supporting conservation, access, and sound fisheries management on behalf of over approximately 800 member companies and the 57 million Americans who fish recreationally each year. Our organizations and their members strongly support prompt approval of the submitted exempted fishing permits ("EFPs") that would improve data collection on recreational fishing effort, catch, and discards of red snapper in the South Atlantic and inform development of a long-term state-led management strategy for the recreational red snapper fishery. Our organizations applaud the states for developing these EFP proposals to address Atlantic red snapper data collection and management needs that have challenged the South Atlantic Fishery Management Council (SAFMC) and NOAA for the past 15+ years.

**I.     Summary of Support: Key Scientific and Legal Arguments:**

- <u>Proposed EFPs are consistent with the Magnuson-Stevens Fishery Conservation and Management Act (MSA), regulatory requirements for Exempted Fishing Permits, and advance conservation.</u>

- <u>The stock is no longer undergoing overfishing, no longer overfished, and nearly rebuilt—20 years ahead of schedule.</u> The Atlantic red snapper population is the healthiest it has been in observed history with record high numbers of fish. The astonishing growth of the South Atlantic red snapper stock over the last decade demonstrates that the stock is resilient, and that discard mortality has not impeded rebuilding. [*See* North Carolina EFP Application at 3 (*citing* Secretarial Amendment 59 and SEDAR 73 Update (2024)).]

- <u>Marine Recreational Information Program ("MRIP") data is fundamentally unreliable and unsuitable for use in managing this fishery.</u> Percent Standard Errors ("PSEs") routinely

Exhibit 1

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

exceed 50%—beyond MRIP's own threshold for management use—and NOAA has acknowledged that effort estimates may be overstated by up to 40%. Recognizing the deficiencies with use of MRIP for Atlantic red snapper, NOAA uses other data sources to monitor harvest during season openings, and has recommended against setting catch limits using MRIP discard estimates in the past.

- State data collection proposals are demonstrably superior to and designed to address critical deficiencies in MRIP. Florida's SRFS produces variance estimates 80 times smaller than MRIP [*See* Florida EFP Application, Appendix 1]; Georgia, South Carolina, and North Carolina will implement mandatory census-based reporting [*See* Georgia EFP Application at 4; South Carolina EFP Application at 7-8; North Carolina EFP Application at 5-6.]. These programs would collect much needed baseline data on recreational catches to inform future management.

- Proposed EFPs build on existing data collection frameworks and research to deliver on widely-supported, long-standing stakeholder requests for data collection and management improvements.

Section 102 of the Modern Fish Act authorizes NOAA to manage recreational fisheries using alternative tools—including season length, bag limits, and fishing mortality targets—rather than traditional poundage quotas. The EFPs operationalize this approach by employing fixed seasons, restrictive bag limits, vessel limits, and mandatory reporting as harvest constraints, without relying on traditional poundage-based quotas. While the states are requesting exemption from the recreational ACL at 50 CFR 622.193(y)(2), this is appropriate and consistent with standard EFP practice. Neither the MSA nor EFP regulations require that EFP harvest count toward annual catch limits, and NOAA routinely exempts EFP catches from quota accountability. The purpose of these EFPs is precisely to collect baseline data that will inform appropriate catch limits in the future—holding the states to numbers derived from unreliable MRIP data would defeat the purpose of the experiment.

The EFPs are a practical and necessary first step to improve conservation outcomes, enhance trust in the fishery management system, and provide fair, predictable access for coastal communities and the anglers who support them. The multi-state EFP framework currently being implemented by Florida, Georgia, South Carolina, and North Carolina represents one of the most promising and innovative management approaches to emerge from federal-state cooperation in years, and we urge NOAA to advance this program toward a durable, long-term state management framework to break what has been a cycle of frustration within this fishery for more than 15 years.

## II.    Background: The Red Snapper Paradox

South Atlantic red snapper was first found to be overfished after the first contemporary stock assessment in its history in 2008—and recreational harvest has been closed since 2010 except for a handful of short "mini-seasons" (See Appendices). Thanks to a run of spawning success that exceeded all expectations year after year, the fishery has grown to record abundance and biomass

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

and was declared no longer overfished and almost completely rebuilt in 2024, 20 years ahead of the 2044 rebuilding deadline. [*See* Secretarial Amendment 59 to the Snapper Grouper Fishery Management Plan (2024).] Despite the population rebuilding decades faster than predicted, recreational red snapper harvest has been extremely limited because of concerns that high estimated levels of recreational dead discards (i.e., fish that do not survive catch and release) have caused chronic overfishing. However, these concerns are inconsistent with the observed rapid rebuilding trajectory of the stock and have created a management paradox: as red snapper have become more abundant, more red snapper are estimated to be thrown back dead, leading to additional management restrictions and shorter mini-seasons. Recreational harvest was open just one day in 2024 and two days in 2025.

In early 2024, NOAA took proposed restrictions to an extreme by proposing a fishing closure for 55 species in all federal waters off northeast Florida to reduce the supposedly excessive levels of bycatch mortality of red snapper. This regulatory response defies common sense: a stock that has rebuilt two decades ahead of schedule while experiencing the alleged "excessive" discard mortality cannot logically be characterized as imperiled by that same mortality. Although NOAA ultimately rejected this extreme proposal, management of the fishery is still centered on flawed recreational discard estimates and access to this abundant fishery remains extremely limited. The pilot programs proposed by each of the South Atlantic states through EFPs would help break this cycle while testing much needed improvements to recreational data collection and management.

**III.    Scientific Basis: Fundamental Deficiencies in Recreational Data for the Red Snapper Fishery**

Throughout recent history, many states and scientific entities—including the National Academies of Science—have questioned NOAA's MRIP and Fishing Effort Survey ("FES"). NOAA admitted in 2023 that significant flaws in its recreational survey likely overstate recreational fishing effort by 40 percent in some fisheries, an issue that still has not been resolved.

The scientific deficiencies of MRIP for managing red snapper are well-documented and severe:

- MRIP was designed to sample two-month intervals, not short fishing pulses. Since 2010, red snapper has been managed under closed seasons or sporadic weekend mini-seasons, creating statistical conditions fundamentally incompatible with MRIP's sampling design that have led to vastly inflated catch and effort estimates. Even NOAA acknowledges this, and NOAA uses alternative sources to monitor mini-season catch and effort (Florida's Atlantic Red Snapper Season Survey and red snapper carcass counts from biological sampling programs in the other states).

- PSEs routinely exceed MRIP's own reliability thresholds. MRIP cautions against using data with PSEs above 30% and does not support use of data with PSEs exceeding 50% for management purposes. Yet red snapper catch estimates for all four states have consistently

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

produced PSEs ranging from 40% to over 100%—far above any acceptable scientific threshold.

- A NOAA pilot study indicates that MRIP-FES likely overestimates recreational fishing effort by up to 40%. Despite this admission, NOAA continues to use these inflated estimates to justify extremely restrictive seasons and set management measures.

- Dead discard estimates—which NOAA has previously stated should not be used for management due to high uncertainty—constitute 93% of the total ACL. The current total ACL is 509,000 fish, of which approximately 475,000 are counted as dead discards. [*See* North Carolina EFP Application at 3.] The recreational sector receives only 22,797 fish (approximately 4.5% of the total ACL), resulting in 1–2 day seasons. [*See* 50 CFR § 622.193(y)(2).]

- Florida's State Reef Fish Survey (SRFS) demonstrates the magnitude of MRIP's errors. Through the ongoing SEDAR 90 stock assessment process, SRFS estimates of catch, effort, and discards have been shown to be 4 times smaller, 1.2 times smaller, and 2.1 times smaller than MRIP-FES estimates, respectively. [*See* Florida EFP Application, Appendix 1.] More critically, variance estimates for SRFS are 80 times smaller for catch, 10.9 times smaller for effort, and 9.6 times smaller for discards. [*Id*.]

These flaws present challenges for monitoring, assessing, and managing red snapper. NOAA has acknowledged that using MRIP to monitor harvest during recreational mini-seasons is inappropriate, and uses alternative methods to estimate harvest. Florida has administered an intensive Atlantic red snapper season recreational fisheries sampling protocol that was specifically designed to provide accurate and precise estimates of harvest and effort during federal mini-seasons. [Corbett, E .Recreational Effort, Catch, and Biological Sampling in Florida, FWC Fish and Wildlife Research Institute Final Report (2024).] However, using voluntary carcass drop offs from biological sampling programs that are not intended or designed for quota monitoring to estimate harvest in the other states presents its own set of statistical problems and is unsuitable for this purpose.

Further, the extensive recreational closures in the red snapper fishery have also driven an artificially compressed level of fishing effort when federal mini-seasons are open, which makes past catch and effort estimates unreliable for informing future fishing behavior, particularly under longer recreational harvest seasons that would be expected given the growth and rebuilding of the red snapper stock and are sought under these EFPs. Peer-reviewed scientific literature on Gulf red snapper recreational season expansions under state management confirms that derby-style mini-seasons lead to effort compression, and that extended seasons relax effort [*See* Powers & Anson, 2018, Compression and relaxation of fishing effort in response to changes in length of fishing season for red snapper (*Lutjanus campechanus*) in the northern Gulf of Mexico; Topping *et al*., A Comparison of Private Recreational Fishing Harvest and Effort for Gulf of Mexico Red Snapper During Derby and Extended Federal Seasons, 39 N. Am. J. Fisheries Mgmt. 1311 (2019).] Topping

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

*et al*. found that increasing the number of days of the private recreational season reduced fishing effort by more than 60%. [*Id*.]

In the Gulf, similar long-term problems with erratic recreational data in the federal system led to the Gulf states taking greater responsibility for recreational data collection for red snapper and in some cases, other federally- and state-managed species. Several of the Gulf states have completely replaced the use of MRIP with NOAA-certified state surveys (Louisiana) or are currently working with NOAA to do so (Alabama and Mississippi). Intractable issues with federal recreational data in the 1990s on the West Coast led to those states replacing the federal recreational data system with state-based programs. The South Atlantic is merely the latest region to take on recreational data collection improvements after years of frustration with MRIP.

## IV.    Legal Framework for EFPs

The EFPs are fully consistent with the MSA and represent the type of adaptive, science-based management that Congress intended when providing for issuance of experimental fishing permits under the MSA (16 U.S.C. § 1867). EFPs are routinely issued by NOAA to authorize limited testing of a variety of activities including data collection, exploratory fishing, and the target or incidental harvest of species managed under an FMP or fishery regulations that would otherwise be prohibited [*See* 16 U.S.C. § 1857; 50 CFR § 600.745(b).].

ASA and CCA support the states' requested exemptions from the following:

- 50 CFR § 622.193(y), which specifies recreational annual catch limit and accountability measures for red snapper;
- 50 CFR § 622.181(c)(2), which outlines limits for red snapper harvest and possession of red snapper;
- 50 CFR § 622.183(b)(5)(i), which specifies when the federal recreational red snapper occurs each year; and
- 50 CFR § 622.8(b), which describes general closure provisions that apply if landing reach a catch quota.

These exemptions are reasonable given the overall objectives of the EFPs of providing baseline data that would be used to better characterize the recreational fishery and inform management decisions moving forward (both in subsequent anticipated EFP requests/updates and long-term management). The closure of recreational harvest of red snapper for the past 15+ years with the exception of mini-seasons, combined with ongoing questions about the credibility of MRIP, has created a situation in which available data on red snapper catch, effort, and discards are unreliable and insufficient for informing management of the fishery. The approach requested by the states allows for adaptive management in which management adjustments can be made as necessary. Baseline data collected in 2026 would be used to project landings and set season structures in future years [See Florida EFP Application at 3].

Upon issuance of an EFP, NOAA attaches (as applicable) terms and conditions such as the "maximum amount of each regulated species that can be harvested and landed during the term of

the EFP, including trip limitations, where appropriate" [See § 600.745(b)(3)(v)]. However, neither MSA nor EFP regulations require that harvest under EFPs be included in annual catch limits, and NOAA has exempted EFP catches from other projects from ACLs.

In this case, the states have specified amounts of red snapper that may be caught under their EFPs using traditional fisheries management tools. Specifically, the EFPs employ fixed season lengths (39 for FL, 62 days for others), restrictive bag limits (1 fish per person), vessel limits (4 fish per vessel for NC private angler and charter; 20 per vessel for headboats), and a minimum size limit (South Carolina only) —all of which function as harvest constraints. Near-real time mandatory reporting requirements in Georgia South Carolina, and North Carolina; SRFS in Florida; bi-weekly coordination meetings among all states; and annual accountability reviews provide added assurance that catches will be closely monitored [*See* North Carolina EFP Application at 5 (Table 2); Georgia EFP Application at 3; South Carolina EFP Application at 6.]

This approach is also accommodated for under the Modernizing Recreational Fisheries Management Act of 2018 (Public Law 115-405). Section 102 of the Modern Fish Act provides express statutory support for the approach embodied in these EFPs and allows for recreational fisheries to be managed using alternative tools that constrain harvest. [*See* Pub. L. No. 115-405, § 102 (codified at 16 U.S.C. § 1853 note).] Congress enacted Section 102 precisely to address the challenges that have plagued recreational fisheries management—including the South Atlantic red snapper fishery—where traditional quota-based systems produce perverse outcomes due to data limitations inherent in recreational catch estimation. The states' approach is precisely what Congress intended: conservation requirements remain binding while management tools are adapted to the realities of recreational fisheries.

NOAA has broad regulatory authority to issue EFPs, but an EFP may be denied if best scientific information indicates that the EFP would be detrimental to a stock or if activities of the EFP are inconsistent with management objectives of the FMP and other applicable laws [See § 600.745(b)(3)(iii)]. The applicants make clear cases that an overall increase in fishing mortality is not expected given that fishing effort is not expected to change [*See* Florida EFP on 10; Georgia on 9]. Instead, the EFPs would convert regulatory waste into utilized harvest and economic value. Simply put, every red snapper retained under the EFPs is one fewer dead discard and a conservation improvement that also enhances access. The EFPs do not eliminate or circumvent the purpose and goals of the ACLs and AMs; they operationalize them pursuant to Section 102.

The Fishery Management Plan for the Snapper Grouper Fishery of the South Atlantic region contains four goals with a series of objectives. Notably, the EFPs actively promote achievement of nearly all of them. These include:

***Goal 1 (Science):*** *Management decisions for the snapper grouper fishery are based upon robust, defensible science that considers qualitative and quantitative data analyzed in a timely, clear, and transparent manner that builds stakeholder confidence.*

- *Promote collection of quality data to support management plans and programs considered by the Council.*

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

- *Encourage the development of mechanisms to effectively engage and collaborate with stakeholders on cooperative research, data collection, and analysis.*
- *Improve knowledge about the social and economic elements of the snapper grouper fishery in the South Atlantic.*
- *Support improved and expanded monitoring and reporting programs for the snapper grouper fishery.*

*Goal 2 (Management): Adopt management strategies for the snapper grouper fishery that rebuild and maintain fishery resources, adapt to regional differences in the fishery, and consider the social and economic needs of fishing communities.*

- *Develop management measures that consider sub-regional differences and issues within the fishery.*
- *Develop innovative management measures that allow consistent access to the fishery for all sectors.*
- *Ensure that management decisions help maximize social and economic opportunity for all sectors.*
- *Develop management measures that reduce and mitigate discards.*

*Goal 3 (Communication): Employ interactive outreach strategies that encourage continuous participation and support two-way engagement between managers and snapper grouper fishery stakeholders while building a greater understanding of science and management.*

- *Develop communication approaches that provide streamlined and timely information to increase awareness and engage stakeholders.*
- *Ensure that Council communication encourages and supports engagement with a diverse audience of stakeholders.*
- *Improve awareness and understanding of fishery science and research and how these inform management.*
- *Improve awareness and understanding of how social and economic issues are linked to fisheries management measures.*

*Goal 4 (Governance): Commit to a transparent, balanced, and timely decision-making process that allows flexible yet well-defined protocols and strategies for managing the snapper grouper fishery.*

- *Create an accountable and flexible decision-making process for development and evaluation of management measures.*
- *Build capacity to streamline management efforts and better coordinate with management partners.*
- *Improve communication with stakeholders to ensure the needs of the fishery are understood and considered throughout the Council process.*

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

**The EFPs satisfy each relevant National Standard:**

| National Standard | How EFPs Comply |
|---|---|
| **NS 1 – Prevent Overfishing** | The red snapper stock is no longer overfished, is rebuilding 20 years ahead of schedule, and overfishing is no longer occurring per Secretarial Amendment 59 despite excessive estimated levels of dead discards by the recreational fishery resulting as foregone yield. The EFPs include harvest constraints (fixed seasons, bag limits, vessel limits) and rigorous monitoring protocols to ensure harvest remains within sustainable limits.<br><br>**Concrete example:** North Carolina's 1-fish bag limit and 4-fish vessel limit create a hard ceiling on daily harvest per trip during their 62-day season. These measures, coupled with external factors such as weather conditions and angler engagement in activities other than fishing over the 62-day harvest season, provide constraints on overall harvest levels. |
| **NS 2 – Best Scientific Information Available** | The EFPs are specifically designed to generate better scientific information than currently exists. MRIP data is acknowledged—even by NOAA—to be unreliable for this fishery. The EFPs will produce mandatory, real-time catch data superior to MRIP's probability-based estimates with PSEs exceeding 50%.<br><br>**Concrete example:** Florida's SRFS produces variance estimates magnitudes smaller than MRIP-FES for catch data; Georgia, South Carolina, and North Carolina will implement mandatory VESL reporting that captures 100% of EFP participants rather than extrapolating from a small probability sample. This census-based approach satisfies NS 2 far better than current methods. |

8

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

| | |
|---|---|
| **NS 3 – Management Units** | The Atlantic red snapper stock would continue to be managed as a single unit throughout its range under the SAFMC Snapper Grouper FMPs. EFPs test state-led data collection and management of the recreational fishery; however, cooperative management between state and federal partners would continue. |
| **NS 4 – Allocations** | Although EFP participants would be required to follow the terms of the EFP in the state in which they are fishing, these terms are not tied to state residency. Fishing privileges are not allocated among states for the purposes of these EFPs; however, data collected in the EFPs could help develop state-by-state allocations for the purpose of state-led management in the future. The EFPs do not revise sector allocations established in the SAFMC Snapper-Grouper FMP or affect commercial opportunities to harvest red snapper.<br><br>**Concrete example:** A South Carolina resident may harvest red snapper under Florida's EFP when fishing in Florida as long as they follow Florida EFP requirements. |
| **NS 5 – Efficiency** | The EFPs promote efficiency by converting dead discards into retained harvest, thereby utilizing the resource rather than wasting it.<br><br>**Concrete example:** Under current management, an angler who catches a red snapper during the closed season must release it—resulting in an estimated 40% discard mortality. The same fish caught during a 62-day EFP season can be retained, converting a dead discard into utilized harvest. With 475,000 fish currently counted as dead discards, even modest retention rates substantially improve resource utilization. |

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

| NS 8 – Communities | Extended seasons benefit fishing communities and coastal economies that have been devastated by 1-day and 2-day derby seasons that limit economic activity associated with red snapper harvest to an impossibly short window.<br><br>**Concrete example:** A charter captain in Morehead City, North Carolina cannot viably market a 2-day red snapper season when weather is unpredictable. A 62-day season allows that captain to book clients throughout July and August, expanding economic activity across the summer tourism season and enabling hotels, restaurants, marinas, and tackle shops to benefit from sustained fishing tourism rather than a single weekend. |
| --- | --- |
| NS 9 – Bycatch | The EFPs reduce dead discards of red snapper that are incidentally caught when anglers are fishing for other species by extending the seasons in which red snapper may be retained.<br><br>**Concrete example:** Restricting harvest to MRIP Wave 4 (July 1–August 31) in South Carolina maximizes conservation benefits by converting dead discards into utilized harvest when fishing effort is high and environmental conditions are most likely to reduce survival of released fish. Every red snapper retained under the EFP is one fewer regulatory discard subject to release mortality. |
| NS 10 – Safety at Sea | The EFPs eliminate safety at sea risks to human life associated derby conditions in the current mini-seasons.<br><br>**Concrete example:** When anglers have 39-62 days rather than 1 or 2 days, they can choose optimal weather windows, spread effort across the season, and make rational decisions that prioritize safety. |

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

To be explicit, any concern that state management without traditional poundage quotas is somehow inconsistent with the MSA is foreclosed by Section 102. Congress specifically authorized NOAA to approve management measures that constrain recreational harvest through tools other than pounds-at-the-dock accounting. The EFPs operationalize this approach by employing fixed seasons, restrictive bag limits, vessel limits, and mandatory reporting as harvest constraints, without relying on the traditional poundage-based quotas.

## V. Advantages of State Management

Just as in other regions of the country, the South Atlantic states have unique fishery characteristics—reef fish distributions, angler effort patterns, and access conditions that vary considerably from Florida to North Carolina. A state-managed framework, developed within the guardrails established by the Council and consistent with the rebuilding mandate, can better reflect these regional differences than a uniform federal season. These EFPs provide a chance to test and refine state-led management strategies to meet the unique needs of the Atlantic red snapper fishery.

In general, moving management authority to the lowest level of government with the most direct information about local conditions and the most immediate accountability to affected constituents improves the benefits from our shared resources. Although many fishermen have been disenfranchised by federal red snapper management over the past 15+ years, the South Atlantic state management agencies have well-established and cooperative relationships with their anglers and for-hire fishing communities. The EFPs provide an opportunity to rebuild trust in red snapper management that has been lost over the past 15+ years.

State fisheries agencies possess comparative advantages in monitoring short recreational seasons, enforcing bag and size limits through licensing systems, and adapting regulations within a season in response to observed conditions. These advantages reduce the compliance costs and enforcement inefficiencies associated with uniform federal season structures applied across heterogeneous state fisheries.

The Gulf state management experience demonstrates that state programs can maintain harvest accountability while significantly expanding angler access, accountability and data accuracy. The Gulf program has been operational since 2020 and has proven highly successful—state-collected data has been certified by NOAA and is now used as the Best Scientific Information Available ("BSIA") for managing the private recreational sector.

## VI. The Gulf State Management Model: A Proven Success

NOAA itself has acknowledged that the Gulf states' EFP process was "foundational, paving the way for a successful state management program." [*See* NOAA Fisheries, Preliminary Review Letter to South Carolina DNR (Nov. 10, 2025) (attached as Appendix A to South Carolina EFP Application).] The South Atlantic EFPs take a similar approach, and the parallels between the two programs demonstrate that the South Atlantic states are following a well-established pathway to success.

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

The Gulf Experience: From EFPs to Permanent State Management

The Gulf states, including Alabama, Florida, Louisiana, Mississippi, and Texas, faced many of the challenges that now confront the South Atlantic: short derby-style seasons driven by unreliable federal data, frustrated anglers, compressed effort, and management decisions disconnected from on-the-water reality. In response:

- **2014–2017**: Gulf states began developing state-specific data collection programs to address MRIP's limitations for red snapper management.

- **2018–2019**: NOAA issued EFPs to the Gulf states, allowing them to test state-led management of the private angling component of the Gulf red snapper fishery while using state-based data collection programs to monitor harvest..

- **2019**: The Gulf Council approved Amendments 50A-E to the Reef Fish Fishery Management Plan, establishing a framework for permanent state management.

- **2020**: NOAA implemented Amendments 50A-E, enabling the Gulf states to manage recreational red snapper harvest based on state-collected data, state-determined seasons, and state-established bag and size limits—all within federal conservation guardrails. [*See* Amendment 50A to the Gulf Council Reef Fish Fishery Management Plan.]

- **2020–Present**: State-collected, NOAA-certified data is now used as the BSIA for managing the private angling component of the recreational sector in the Gulf.

Parallel Data Collection Mechanisms

The South Atlantic EFPs employ data collection approaches that build upon the successful Gulf model:

| Element | Gulf Model | South Atlantic EFPs |
|---|---|---|
| **Certified State Survey** | Florida's Gulf Reef Fish Survey, now SRFS, certified by NOAA in 2018 | Florida will use SRFS (already NOAA-certified) expanded to the Atlantic coast in 2020 |

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

| | | |
|---|---|---|
| **Mandatory Electronic Reporting** | States implemented mandatory reporting apps (e.g., Alabama's Snapper Check) | Georgia, South Carolina, and North Carolina will implement mandatory VESL reporting [*See* Georgia EFP Application at 4-5; South Carolina EFP Application at 7-8; North Carolina EFP Application at 5-6.] |
| **Permitting/Registration of Anglers** | Gulf states collect data from red snapper or offshore reef fish anglers rather than relying on a generalized probabilistic survey that does not specifically target red snapper anglers (i.e., MRIP FES) | All four South Atlantic states have registration/permitting requirements for  EFP participants that will identify the universe of red snapper and/or snapper grouper anglers for data collection purposes (SRFS, electronic reporting). |
| **Inter-State Coordination** | Gulf states held regular meetings during EFPs; coordination on data collection is ongoing | South Atlantic states will hold bi-weekly coordination calls and annual in-person reviews |
| **NOAA Collaboration** | Gulf states worked with NOAA Office of Science and Technology throughout development of data collection programs, and provided periodic updates on EFPs at Gulf Council meetings | South Atlantic states are coordinating with NOAA's Office of Science and Technology and will hold annual review meetings |
| **Accountability Measures** | Season length, size limits, bag limits set to constrain harvest within state quotas; payback provisions for quota overages. | South Atlantic EFPs use seasons, bag limits, vessel limits to constrain harvest while gathering data to inform future management |

13

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

Why the Gulf Model Works

The Gulf state management program has succeeded because it:

1. Generates more precise data: State surveys  produce estimates with dramatically smaller variance than MRIP, enabling more accurate management decisions.

2. Preserves conservation requirements: States manage within federal guardrails, not outside them.

3. Enables adaptive management: States can respond to local conditions, weather events, and real-time data while maintaining overall harvest constraints.

4. Restores stakeholder trust: Anglers who participate in data collection have confidence that management decisions reflect reality.

The South Atlantic states are not asking NOAA to experiment with an untested approach. They are asking to adapt a model that has already proven successful in the Gulf to the needs of the South Atlantic fishery. The Gulf EFP-to-state-management pathway demonstrates that this approach works, and the South Atlantic deserves the same opportunity to test state-led data collection and management strategies to better manage the South Atlantic red snapper fishery.

The logical implication is clear: if the Gulf model succeeded in improving data quality, maintaining conservation compliance, and expanding angler access—all while preserving ACLs and AMs—then denying the South Atlantic states the opportunity to replicate that success would be arbitrary and inconsistent with NOAA's own precedent. With the South Atlantic red snapper fishery being largely closed for the past 15+ years, the South Atlantic states face even greater challenges with MRIP reliability problems, derby-style season limitations, and frustrated angler communities than the Gulf did. They are proposing solutions that build on lessons learned from the Gulf using the proven methodologies. EFPs provide the necessary testing ground for refinement of state data collection systems before permanent delegation of management authority. The Gulf states also demonstrated that state-designed surveys and catch reporting systems can achieve NOAA certification and ultimately replace MRIP as the basis for management decisions. The case for approval is not speculative—it is supported by seven years of Gulf operational data demonstrating that state management works. Because the Gulf model succeeded, providing this opportunity in the South Atlantic is not merely justified – it is the logical next step in a proven federal-state partnership framework.

Critically, experience in the Gulf should help streamline the process for acceptance of state-led data collection as BSIA, and management in the South Atlantic. NOAA established the criteria and processes for certifying state-collected recreational data as BSIA through their work with the Gulf state programs. Florida's SRFS is already NOAA-certified from its use in the Gulf and is already used as BSIA for assessment and management decisions relating to both Gulf and South Atlantic fisheries [*See* Florida EFP Application at 4.] Georgia, South Carolina, and North Carolina are implementing mandatory electronic reporting through VESL and can apply lessons learned

14

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

from similar programs run in the Gulf (Alabama's Snapper Check and Mississippi Tales N' Scales). Similarly, Gulf Council Reef Fish Amendment 50, which established the long-term framework that allowed for official delegation of management to the Gulf states provides a foundation for the SAFMC as they consider long-term state management of red snapper in the South Atlantic.

**VII.     Proposed EFPs Build on Existing Systems to Advance Data Collection**

For years, the SAFMC and NOAA have contemplated how to improve data collection and management under the federal system but efforts to identify the universe of South Atlantic red snapper and/or snapper grouper anglers, improve MRIP and/or design an alternative better suited to this fishery, implement near real-time electronic reporting for private anglers, and collect data to better understand angler fishing behavior have stalled. Through the proposed EFPs, the states would deliver on these generally-agreed upon data needs and satisfy long-standing requests by stakeholders.

The four South Atlantic states have developed complementary data collection systems to ensure best scientific information available is used to inform future management of the fishery:

- Florida will utilize its MRIP-certified SRFS to monitor private anglers, which produces estimates with dramatically smaller variance than MRIP-FES, combined with a voluntary reporting app that is currently being tested under separate EFP research projects. [*See* Florida EFP Application at 4-6.]

- Georgia, South Carolina, and North Carolina will implement mandatory electronic reporting through a modified version of the VESL application, creating a near real-time census of fishing effort rather than relying on probability-based sampling [*See* Georgia EFP Application at 4; South Carolina EFP Application at 7-8; North Carolina EFP Application at 5-6.]. VESL is already used for federal for-hire electronic logbooks in the South Atlantic and by the South Carolina Charterboat Logbook Program, which was first implemented in 1993 and made available electronically in 2015. Data from SC's charterboat logbook program is routinely used in assessments as BSIA.

- All four states will coordinate data collection methods, hold bi-weekly coordination calls, and conduct annual in-person reviews to ensure regional consistency and comparability. [*See* North Carolina EFP Application at 4; Georgia EFP Application at 12-13; South Carolina EFP Application at 4.]

These data will improve future stock assessments, helping to resolve uncertainty and provide the baseline information needed to set management measures, including catch limits, going forward.

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

### VIII.    The EFP Structure Provides Appropriate Safeguards Designed to Promote Conservation and Improve Management

The states are not asking NOAA to abandon science-based management. They are asking for the opportunity to generate the science needed to effectively characterize, monitor, and manage the Atlantic red snapper fishery from the ground up. This approach not only advances recreational data collection and management improvements but provides reasonable harvest opportunities while addressing dead discards and avoiding waste.

The EFPs incorporate multiple harvest constraints that provide accountability and conserve red snapper and other fishery resources:

1.  Seasons:

    a.  North Carolina, South Carolina, and Georgia are requesting 62-day seasons aligned with MRIP Wave 4 (July 1–August 31), providing a known constraint on effort via fixed seasons while allowing season-long comparison with MRIP data. [*See* Georgia EFP Application at 2-3; South Carolina EFP Application at 6; North Carolina EFP Application at 5.]. Restricting harvest to MRIP Wave 4 (July 1–August 31) maximizes conservation benefits by converting dead discards into utilized harvest during the period when released fish are least likely to survive due to environmental conditions and fishing effort is high [See Georgia EFP Application at 8 ("Establishing a season during this time period would optimize the fishery's experience without shifting effort toward a season where fishing pressure would normally be lower.").]. Rather than forcing anglers to release fish into conditions that minimize survival, the EFPs convert those inevitable mortalities into utilized harvest.

    b.  Florida's 39-day season is based on consideration of existing SRFS, biological, and ecological data, as well as other factors. Florida's Atlantic season would overlap with the Gulf red snapper season to further limit effort from anglers that fish both coasts [*See* Florida application at 3-4]. The fishery would open for 30 days starting in late May to avoid peak spawning season for red snapper then reopen for 9 days of weekend harvest in the fall.

2.  Restrictive Bag and Vessel Limits: States are proposing conservative bag limits (1 fish per person) with additional for-hire vessel limits in North Carolina (4 fish per vessel for private and charter; 20 per vessel for headboats) to constrain total harvest. [*See* North Carolina EFP Application at 5 (Table 2); Georgia EFP Application at 3.]. In Florida, EFP participants will be required to fish under a 10-fish snapper grouper aggregate that includes one red snapper. Once an angler reaches this aggregate limit, they would be required to stop bottom fishing for reef fish to minimize discard mortality of red snapper and reef fish that are subsequently caught and released and promote efficiency.

16

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

3.  <u>Near real-time electronic reporting</u>: All participants in NC, SC, and GA must report catch data, creating a census rather than a sample. Participants will obtain a trip number when targeting red snapper, and catch reports will be due within 24 hours of trip departure time [*See* South Carolina EFP Application at 7-9; Georgia EFP Application at 4-5; North Carolina EFP Application at 5-6.]. A similar procedure for voluntary reporting will also be available for Florida anglers.

4.  <u>Biological Data Collection</u>: States will collect length, weight, age, and reproductive data to contribute to stock assessments. [*See* North Carolina EFP Application at 7; South Carolina EFP Application at 11.]

5.  <u>Annual Review and Coordination</u>: States will meet with NOAA at the conclusion of each year to review data, address challenges, and modify approaches for subsequent years based on observed and subsequent predicted landings [*See* North Carolina EFP Application at 4; Georgia EFP Application at 12-13.]. This serves as an accountability measure that allows for adjustments to ensure sustainability. In addition, Florida will develop an in-season projection model similar to one they use to estimate harvest and avoid quota overruns in their Gulf red snapper fishery.

## X.    EFPs Promote Safety at Sea

The current derby-style mini-seasons create dangerous safety-at-sea conditions that warrant serious consideration. When anglers have only 1–2 days to fish for a highly prized species, they make decisions that compromise safety—fishing in marginal weather, overcrowding limited reef areas, and racing to maximize catch before closure. The United States Coast Guard, NOAA Law Enforcement, and individual state law enforcement agencies have cautioned against these derby seasons due to unsafe and unsustainable fishing conditions. [*See* Florida EFP Application at 2.]

Extended seasons eliminate these perverse incentives and are consistent with National Standard 10. When anglers have 39-62 days rather than 1 or 2 days, they can choose optimal weather windows, spread effort across the season, and make rational decisions that prioritize safety.

## XI.    Economic Benefits to Coastal Communities

In the South Atlantic states, recreational fishing produces an annual economic impact of $27.1 billion while supporting more than 170,000 jobs. Recreational fishing generates significant economic activity in coastal communities through:

- Direct expenditures on boat fuel, tackle, bait, ice, and supplies

- For-hire charter and headboat operations

- Hotels, restaurants, and tourism businesses

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

- Marina and boat repair services

Extended seasons allow coastal businesses to plan, market, and deliver recreational fishing experiences throughout the season.

## XII.    Conclusion

The South Atlantic red snapper fishery has the potential to be a model for cooperative federal-state management under Magnuson-Stevens and the EFPs submitted by the South Atlantic states are the right vehicles to begin that path. The EFPs have broad support from leadership across the four states including Governors, members of Congress, Attorneys General, and state legislators. Further, the EFPs align with direction from Executive Order 14276 (Restoring Seafood Competitiveness), which calls for expanding exempted fishing permit programs to promote fishing opportunities and action to modernize data collection to align fisheries management with conditions on the water. We applaud the states for developing these innovative plans and are grateful for their and NOAA's shared commitment to improving red snapper data collection and management.

We respectfully urge NOAA to:

1. Expeditiously approve the EFP applications submitted by Florida, Georgia, South Carolina, and North Carolina; and

2. Work collaboratively with the states during implementation to ensure success of the EFPs.

The recreational fishing community stands ready to support responsible management of this iconic fishery. The EFP framework provides much needed data collection improvements and the accountability NOAA requires while delivering the access anglers deserve for this abundant stock. We strongly encourage NOAA to move forward with these programs in partnership with the states.

Sincerely,

**Coastal Conservation Association**

**American Sportfishing Association**

18

NOAA-NMFS-2026-0496
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

## Appendix A: South Atlantic Red Snapper Federal Recreational Seasons (2010–2025)

All dates reflect openings and closures in federal waters (South Atlantic EEZ). Unless otherwise specified, seasons open and close at 12:01 a.m. local time. Total open days are counted as the number of fishing days between the 12:01 a.m. opening and 12:01 a.m. closure.

| Year | Open Dates (Federal Waters) | Total Open Days | Federal Register Citation(s) |
|---|---|---|---|
| 2010 | Closed all year | 0 | 74 FR 63673; 75 FR 76874 |
| 2011 | Closed all year | 0 | N/A |
| 2012 | Sept 14–17; Sept 21–24, 2012 | 6 | 77 FR 51939–51941 (Aug 28, 2012), FR Doc. 2012-21227 |
| 2013 | Sept 20–22, 2013 | 2 | 78 FR 44461 (Jul 24, 2013) |
| 2014 | July 11–14; July 18–21; July 25–27, 2014 | 8 | 79 FR 32496–32497 (Jun 5, 2014), FR Doc. 2014-13014 |
| 2015 | Closed all year | 0 | N/A |
| 2016 | Closed all year | 0 | N/A |
| 2017 | Nov 3–6; Nov 10–13; Dec 8–11, 2017 | 9 | 82 FR 50839–50843 (Nov 2, 2017), FR Doc. 2017-23839; 82 FR 56178–56179 (Nov 28, 2017), FR Doc. 2017-25645 |
| 2018 | Aug 10–13; Aug 17–20, 2018 | 6 | 83 FR 35428–35435 (Jul 26, 2018), FR Doc. 2018-16009 |
| 2019 | July 12–15; July 19–21, 2019 | 5 | 84 FR 7827–7828 (Mar 5, 2019), FR Doc. 2019-03933 |
| 2020 | July 10–13; July 17–18, 2020 | 4 | 85 FR 36166–36167 (Jun 15, 2020), FR Doc. 2020-12093 |

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

| 2021 | July 9–12, 2021 | 3 | 86 FR 30299–30301 (Jun 8, 2021), FR Doc. 2021-12004 |
|------|-----------------|---|-----------------------------------------------------|
| 2022 | July 8–10, 2022 | 2 | 87 FR 31190–31191 (May 23, 2022), FR Doc. 2022-10974 |
| 2023 | July 14–16, 2023 | 2 | 88 FR 33838–33839 (May 25, 2023), FR Doc. 2023-11218 |
| 2024 | July 12–13, 2024 | 1 | 89 FR 50530–50535 (Jun 14, 2024), FR Doc. 2024-13161 |
| 2025 | July 11–13, 2025 | 2 | 90 FR 24527–24539 (Jun 11, 2025), FR Doc. 2025-10561 |

Total Recreational Open Days (2010–2025): 50 days

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

## Appendix B: Annotated Federal Register Citations (2012–2025)

This appendix provides annotated Federal Register citations for South Atlantic red snapper recreational seasons in federal waters (EEZ).

2012 – 77 FR 51939–51941 (Aug 28, 2012), FR Doc. 2012-21227
Temporary rule establishing Sept 14–17 and Sept 21–24, 2012 seasons.
https://www.govinfo.gov/content/pkg/FR-2012-08-28/pdf/2012-21227.pdf

2013 – 78 FR 44461 (July 24, 2013)
Amendment 28 framework enabling limited 2013 harvest.
https://www.govinfo.gov/content/pkg/FR-2013-07-24/pdf/2013-17824.pdf

2014 – 79 FR 32496–32497 (June 5, 2014), FR Doc. 2014-13014
Established July 11–14; July 18–21; July 25–27, 2014.
https://www.govinfo.gov/content/pkg/FR-2014-06-05/pdf/2014-13014.pdf

2017 – 82 FR 50839–50843 (Nov 2, 2017); 82 FR 56178–56179 (Nov 28, 2017)
Established Nov and Dec 2017 openings.
https://www.govinfo.gov/content/pkg/FR-2017-11-02/pdf/2017-23839.pdf
https://www.govinfo.gov/content/pkg/FR-2017-11-28/pdf/2017-25645.pdf

2018 – 83 FR 35428–35435 (Jul 26, 2018), FR Doc. 2018-16009
ACL framework under Amendment 43.
https://www.govinfo.gov/content/pkg/FR-2018-07-26/pdf/2018-16009.pdf

2019 – 84 FR 7827–7828 (Mar 5, 2019), FR Doc. 2019-03933
July 2019 recreational windows.
https://www.govinfo.gov/content/pkg/FR-2019-03-05/pdf/2019-03933.pdf

2020 – 85 FR 36166–36167 (Jun 15, 2020), FR Doc. 2020-12093
July 2020 recreational windows.
https://www.govinfo.gov/content/pkg/FR-2020-06-15/pdf/2020-12093.pdf

2021 – 86 FR 30299–30301 (Jun 8, 2021), FR Doc. 2021-12004
July 2021 recreational season.
https://www.govinfo.gov/content/pkg/FR-2021-06-08/pdf/2021-12004.pdf

2022 – 87 FR 31190–31191 (May 23, 2022), FR Doc. 2022-10974
July 2022 recreational season.
https://www.govinfo.gov/content/pkg/FR-2022-05-23/pdf/2022-10974.pdf

2023 – 88 FR 33838–33839 (May 25, 2023), FR Doc. 2023-11218
July 2023 recreational season.
https://www.govinfo.gov/content/pkg/FR-2023-05-25/pdf/2023-11218.pdf

**NOAA-NMFS-2026-0496**
**Public Comment in Support of Red Snapper State Exempted Fishing Permits**
**Coastal Conservation Association**
**American Sportfishing Association**

2024 – 89 FR 50530–50535 (Jun 14, 2024), FR Doc. 2024-13161
July 12–13, 2024 recreational season.
https://www.govinfo.gov/content/pkg/FR-2024-06-14/pdf/2024-13161.pdf

2025 – 90 FR 24527–24539 (Jun 11, 2025), FR Doc. 2025-10561
July 11–13, 2025 recreational season.
https://www.govinfo.gov/content/pkg/FR-2025-06-11/pdf/2025-10561.pdf