

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
**NATIONAL MARINE FISHERIES SERVICE**
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
https://www.fisheries.noaa.gov/region/southeast

04/25/2023

F/SER25:MV

MEMORANDUM FOR:    Kelly Denit
                   Director, Office of Sustainable Fisheries

FROM:         for    Andrew J. Strelcheck
                     Regional Administrator

AMENDOLA.KIMBE
RLY.BARBARA.136
5830769

Digitally signed by
AMENDOLA.KIMBERLY.BARBA
RA.1365830769
Date: 2023.04.25 16:23:55 -04'00'

SUBJECT:           Announcement of 2023 Limited Opening of Commercial and
                   Recreational Red Snapper Seasons in the South Atlantic Region
                   [0648-XC946] - INFORMATION MEMORANDUM

The attached *Federal Register* notification announces the length of the 2023 commercial and recreational red snapper seasons in the federal waters of the South Atlantic Region.  The commercial season will open for harvest on July 10, 2023, and will close at 12:01 a.m., local time, on January 1, 2024, unless the commercial annual catch limit (ACL) is met or projected to be met before this date.  The recreational season will be two days and will open for harvest on one weekend only on July 14 and 15, 2023 (Friday and Saturday).

This announcement is in accordance with regulations implemented through Amendment 43 to the Fishery Management Plan (FMP) for the Snapper-Grouper Fishery of the South Atlantic Region (Amendment 43).  The final rule for Amendment 43 was effective on July 26, 2018 (83 FR 35428).  Amendment 43 revised red snapper commercial and recreational ACLs, and allowed the harvest of red snapper in South Atlantic federal waters beginning in 2018 and subsequent years.  Under Amendment 43, the commercial season will begin each year on the second Monday in July.  The National Marine Fisheries Service (NMFS) will monitor commercial landings in-season.  The commercial accountability measure (AM) specifies that if commercial landings reach or are projected to reach the commercial ACL, NMFS will file a notification with the Office of the Federal Register to close the commercial sector for red snapper for the remainder of the fishing year.  Amendment 43 also specified that the recreational season will begin on the second Friday in July and will consist of weekends only (Friday, Saturday, and Sunday).  The recreational AM specifies that NMFS will project the length of the recreational fishing season and announce the length of the recreational fishing in the *Federal Register* prior to the start of the season.  Regulatory Amendment 33 to the FMP removed the requirement that if projections indicate the South Atlantic red snapper season length (commercial or recreational) would be three days or less, the commercial and/or recreational seasons would not open for that fishing year (85 FR 64978; October 14, 2020).

The total ACL for red snapper is 42,510 fish.  The commercial ACL is 124,815 pounds (lbs) whole weight (12,854 fish) and the commercial trip limit is 75 lbs gutted weight.  The recreational ACL is 29,656 fish and the recreational bag limit is one red snapper per person per day.  There is no minimum or maximum size limit for red snapper caught by fishermen in the commercial or recreational sector.



000006

Based on the best scientific information available, NMFS predicts that recreational landings will not exceed the recreational ACL in a two-day season. NMFS estimates the season length based on catch rates from the previous years. In making this determination for the 2023 season, NMFS used recreational catch rate estimates from the four-day season in 2020, the three-day season in 2021, and the two-day season in 2022 to predict the recreational catch of red snapper in 2023. Catch rate estimates were available from the following data sources: (1) the red snapper-specific surveys for private recreational and charter vessel anglers conducted by South Atlantic states, (2) the Marine Recreational Information Program (MRIP) survey, and (3) the Southeast Region Headboat Survey (SRHS). NMFS has determined that when both MRIP and state survey numbers are available, the estimate that is more reliable will be used, while taking into account sample sizes, variability, and/or biases associated with the survey. Based on that determination, and to estimate the 2023 recreational season length for red snapper, NMFS used catch rate estimates data for 2020, 2021, and 2022 from a combination of state surveys, the MRIP survey, and SRHS.

NMFS determined that there was an underage of the commercial ACL in 2022 by 1,186 lbs whole weight. NMFS and the South Atlantic states estimate that red snapper recreational landings exceeded the recreational ACL of 29,656 fish during the 2020 recreational four-day season by 13,116 fish, and the 2021 recreational three-day season by 9,413 fish. Preliminary landings indicate there was an underage of the recreational ACL during the 2022 recreational two-day season by 10,181 fish. NMFS predicts that recreational landings would be below the recreational ACL with a two-day season by 7,353 fish; however, estimates for a three-day season could result in landings being over the ACL by 3,797 fish. Since red snapper remains overfished and is undergoing overfishing, the two-day recreational season in 2023 is predicted to be the closest to achieving the recreational red snapper ACL while avoiding an overage of the recreational ACL.

Please clear and file the attached notice with the Office of the Federal Register as soon as possible to facilitate the announcement of the 2023 limited opening of recreational and commercial red snapper seasons in the South Atlantic.

Also attached are the Certification of Attorney Review and Congressional Review Act Forms.

Attachments
1. *Federal Register* Notification
2. Certification of Attorney Review Form
3. Congressional Review Act Forms

000007