**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
**NATIONAL MARINE FISHERIES SERVICE**
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
https://www.fisheries.noaa.gov/region/southeast

F/SER25:MV

MEMORANDUM FOR:    THE RECORD

FROM:    Andrew J.  Strelcheck
Regional Administrator

SUBJECT:    Notice of Receipt of Requests for Exempted Fishing Permits (EFP)
- INFORMATION MEMORANDUM (RTID 0648-XF539)

The National Marine Fisheries Service (NMFS) has received four applications for an EFP from the Florida Fish and Wildlife Conservation Commission (FWC), Georgia Department of Natural Resources (GADNR), South Carolina Department of Natural Resources (SCDNR), and North Carolina Division of Marine Fisheries (NCDMF) (or "the applicants").  NMFS first received the applications on November 10, 2025, provided feedback to the applicants on January 9, 2026, and received updated applications that addressed our feedback on January 23, 2026.  If issued by NMFS, each EFP would exempt the applicable state agency and participating fishermen from specific Federal regulations applicable to the recreational harvest of red snapper in the South Atlantic.  Specifically, the EFPs would exempt study participants from Federal regulations, including 50 CFR 622.8(b) (Quotas-general), 50 C.F.R.  622.181(c)(2) (Prohibited and limited-harvest species), 50 C.F.R.  622.183(b)(5)(i) (Red snapper recreational closures), and 50 C.F.R.  622.193(y)(2) (Annual catch limits and accountability measures for red snapper).

The applicants each propose to pilot test state data collection and management strategies for the recreational harvest of red snapper in 2026.  The outcomes of the 2026 EFPs would guide the need for and possible refinement of future EFP applications in 2027 and 2028.  The applicants stated that at the end of year 1, they would meet with NMFS to discuss outcomes, and any requested modifications to their EFPs for subsequent years would be submitted to NMFS as changes are made to the methodology of the projects.  The purpose of these EFPs is to improve data on recreational fishing effort, catch, and discards of red snapper in the South Atlantic to inform the development of a long-term red snapper state management strategy.

Under the state proposals, recreational harvest of red snapper would be allowed during specified red snapper seasons in South Atlantic state and Federal waters off Florida, Georgia, South Carolina, and North Carolina.  The applicants intend each of these projects to test state-led data collection systems beginning in 2026 designed to improve the accuracy and availability of recreational effort and catch data.  By extending the red snapper fishing seasons, the applicants intend to allow anglers to retain fish that would otherwise be discarded dead under existing federal regulations.  Additional purposes of the EFPs are to provide recreational fishermen on privately owned vessels (private vessels, private anglers), and the owners or operators of charter vessels or headboats (for-hire fishermen) increased fishing opportunities for red snapper, and collect related biological, social, and economic information from the fishery.  Fishery managers have been challenged to satisfy fishermen's desires for longer fishing seasons as red snapper encounter rates have increased in response to rebuilding measures, resulting in forgone yield



because more fish are dying after release.  These proposed EFPs aim to address this challenge by improving recreational catch estimation and reducing discards so fishing opportunities can increase.

In 2026, FWC proposes to allow the recreational harvest of red snapper in state and federal waters during a season divided into summer and fall segments totaling 39 fishing days.  The proposed season would occur from May 22 through June 20, and then from Fridays through Sundays during October 2-4, October 9-11, and October 16-18.  GADNR, SCDNR, and NCDMF are requesting an initial 1-year EFP to harvest red snapper beginning in 2026.  Specifically, those states propose establishing a 62-day recreational fishing season for red snapper in state and Federal waters that aligns with MRIP wave 4, running from July 1 through August 31, 2026.  This timing was selected because wave 4 historically represents the period with the highest rates of recreational fishing effort and discards.  Under the EFPs, participants would be able to retain one red snapper per person per day if they meet the other required conditions.  Additionally, each of the applicants proposes to prohibit the retention of red snapper by captain and crew of a for-hire vessel.  In addition to the bag limit, SCDNR proposes a minimum size limit of 20 inches or approximately 51 centimeters in total length to match the current minimum size limit in state waters.

The total number of red snapper that would be harvested under these EFPs would be commensurate with the length of the proposed recreational fishing seasons for red snapper.  The applicants did not estimate these numbers, noting their lack of confidence in MRIP effort, catch, and discard estimates.  Rather, they noted their intent to estimate this information in future years using data collected during the extended 2026 recreational red snapper fishing seasons.  These proposed extended recreational seasons would replace the 2026 Federal recreational season in July annually announced by NMFS under current regulations.  None of the applicants' proposed projects would apply to the commercial harvest of red snapper in South Atlantic Federal waters.

Unless specifically exempted under an EFP for the recreational harvest of red snapper or for the recreational harvest of other federally managed snapper-grouper species, current Federal regulations would continue to apply.  I find these applications warrant further consideration.  Therefore, I have forwarded a notice to the *Federal Register*, for publication as soon as possible, which requests public comment on the applications.