**UNITED STATES DEPARTMENT OF COMMERCE**
**The Under Secretary of Commerce**
**for Oceans and Atmosphere**
Washington, D.C. 20230

26-0099086

April 24, 2026

## DECISION MEMORANDUM FOR SECRETARY HOWARD W. LUTNICK

**FROM:**   Neil A. Jacobs, Ph.D.
Under Secretary of Commerce
for Oceans and Atmosphere
and NOAA Administrator

**RE:**   Approval of Four Exempted Fishing Permit Applications for the Recreational Harvest of South Atlantic Red Snapper in 2026 (RIN: 0648-XF539) – Decision Memorandum

I am seeking your concurrence on the issuance of exempted fishing permits (EFPs) to the Florida Fish and Wildlife Conservation Commission (FWC), Georgia Department of Natural Resources (GADNR), South Carolina Department of Natural Resources (SCDNR), and North Carolina Division of Marine Fisheries (NCDMF) for the recreational harvest of South Atlantic red snapper during the 2026 fishing year. The National Marine Fisheries Service (NMFS) is currently preparing the supporting documentation and consultations required to issue the EFPs, and with your approval, NMFS will issue the permits in advance of proposed state recreational red snapper seasons in May (Florida) and July (Georgia, South Carolina, and North Carolina).

In November 2025, NMFS received applications from the four state agencies for EFPs to support pilot projects testing red snapper state data collection and management strategies. NMFS reviewed the EFP applications and sent the states letters requesting additional information on January 9, 2026. On January 23, 2026, the states submitted revised EFP applications, which are described on the NMFS website.[1] After determining the applications warranted further consideration, NMFS requested public comments on the applications through a *Federal Register* notice. The public comment period ran from February 13, 2026, through March 10, 2026. NMFS received 11,298 comments on the applications during the public comment process. More than 99% of the comments support the proposed pilot projects. Most of the comments were submitted by Florida respondents, and more than 6,000 comments were generated by form letter campaigns. Below is a summary of comments received in support and opposition to the proposed state EFPs. NMFS is recommending issuance of permits that do not differ significantly from the state agency applications.

## Supporting Comments

Major industry groups and non-governmental organizations who submitted comments in favor of the EFP proposals include The Navico Group – a Division of Brunswick Corporation, Contender

---

[1] https://www.fisheries.noaa.gov/southeast/recreational-fishing-data/south-atlantic-red-snapper-state-data-collection-and-management



THE ADMINISTRATOR

Case 1:26-cv-01533-RC    Document 22-4    Filed 05/18/26    Page 2 of 7

Boats, Center for Sportfishing Policy, National Marine Manufacturers Association, Coastal Conservation Association and American Sportfishing Association, Congressional Sportsmen Foundation, Sportsman Alliance Foundation, and the Fish and Wildlife Foundation of Florida. Supportive comments state that South Atlantic red snapper represents a major "conservation success story," noting that overfishing is no longer occurring and the stock is the healthiest it has been in decades. They contend that the Marine Recreational Information Program (MRIP) has not proven effective for tracking catch of red snapper, and that state-led pilot programs offer an important opportunity to gather better data, involve anglers more directly in the management process, and explore innovative approaches that can complement federal oversight. Key themes consistently raised by commenters are:

- Record-high population levels justify longer state-managed seasons, which would replace short federal seasons with more consistent monthly access.
- There is a disconnect between what anglers see on the water and the limited harvest opportunities. This disconnect has weakened trust in federal management of the species. Many see state-level data collection and management as the best approach to reduce scientific uncertainty and restore public confidence in the management of the stock.
- The federal MRIP survey is not adequate to inform red snapper management. That survey has proven unable to provide stable or useful estimates of effort and landings, and leads to precautionary management measures, such as short seasons or rigid quota closures.
- State-led red snapper management programs in the Gulf of America have demonstrated the benefits of adaptive, state-specific data collection. The proposed state data collection systems will enable the states to test data collection improvements, such as electronic reporting, that gain better cooperation from anglers and provide more timely, quantifiable, catch and effort data.
- The proposed pilot projects will enable the states to modernize management approaches in the South Atlantic and, ultimately, allow managers to convert the highly uncertain discard estimates into landed catch.
- The proposed pilot projects would operationalize an alternative approach to managing recreational fisheries that many recreational organizations believe is consistent with the intent of the Modern Fish Act.

## Opposing Comments

Major industry groups or representatives and non-governmental organizations who submitted comments opposing the EFP proposals include the Southeastern Fisheries Association, Cape Canaveral Shrimp Company, Slash Creek Waterworks, Inc., South Atlantic Fishery Management Council (Council) commercial members, Environmental Defense Fund, and Ocean Conservancy. Slash Creek Waterworks, Inc., is a plaintiff in current and past red snapper litigation. Key themes consistently raised by commenters are:

- The proposed pilot projects are fundamentally inconsistent with, and violate, the Magnuson-Stevens Fishery Conservation and Management Act (MSA); particularly the legal mandates to end and prevent overfishing and manage the stock with effective annual catch limits and accountability measures.
- The EFP applications do not provide or estimate the amount of harvest of red snapper that would occur under the EFPs, and are therefore deficient and in violation of federal

regulations that expressly require EFP applications to specify the amount of harvest necessary to conduct the exempted fishing.

- The EFPs fail to include enforceable measures to mitigate discard mortality, which is considered the primary driver of overfishing in the red snapper stock. Without these protections, the EFPs will lead to a massive overharvesting in the recreational sector and further delay the recovery of the species.
- Allowing recreational landings to far exceed allowable harvest levels will unfairly and illegally reallocate red snapper quota away from the commercial sector. Any resulting reduction in the commercial quota will threaten food security and local businesses.
- The states' proposed data collection and reporting methods are deficient and statistically unreliable. Specific criticisms generally focus on the lack of scientific rigor; the reliance on smartphone apps and voluntary reporting; the inability to measure or validate recreational discards; and the failure to identify the "universe of anglers" targeting red snapper, making effort estimation and catch projections unreliable and biased.
- The lack of a plan to calibrate the four different state data systems with each other or with existing federal models will fragment regional monitoring and compromise the integrity of future stock assessments because there is no way to create a unified regional database.
- Circumventing established, peer-reviewed certification pathways, will prevent the state surveys from demonstrating that they can provide more accurate or assessment-compatible data than legacy methods.

## Congressional Comments

A group of 23 Members of Congress from the Carolinas, Georgia, and Florida, in a letter received on November 13, 2025, supported the EFPs. They indicated that state management is a proven model in the Gulf of America and that the EFPs would support coastal communities, end the short seasons recreational anglers face, and allow high quality data to be collected. This support was echoed by a group of four U.S. Senators (Moody, Budd, Scott, Graham), who believe the state management model is the best for the southeast and would support the states as they invest in and apply recreational data collection improvements and research into optimizing state-led management of red snapper. South Carolina Representative Lee Hewitt also supports the state-led pilot program to provide more accurate data on catch and effort while supporting the local economy and addressing concerns about the species' high abundance on offshore reefs. Conversely, Jared Huffman (U.S. House of Representatives, CA), the Ranking Member of the Committee on Natural Resources, strongly opposed the EFPs, stating they are nearly certain to cause overfishing of the rebuilding stock by exceeding the catch limit, are inconsistent with the MSA, and are designed to circumvent management requirements rather than advance scientific understanding.

## Comments Providing Recommendations

Comments submitted by several commercial fishing representatives and associations (Southeastern Fisheries Association, Cape Canaveral Shrimp Company, and four Council members) and environmental groups (The Nature Conservancy and Environmental Defense Fund) recommended we modify or condition the EFPs to improve their ability to successfully achieve stated objectives. Specific recommendations include:

Data Quality and Scientific Integrity
- Require states to submit survey design and data quality protocols outlining how non-reporting, misreporting, and data validation will be assessed, along with minimum compliance targets.
- Require states to submit a joint data standardization and accessibility plan that ensures data can be converted to a "common currency" and are routed to a central repository, like the Atlantic Coast Cooperative Statistics Program, to ensure the viability of regional stock assessments.
- Require app-based data collection programs to include data on out-of-season discards to determine if the EFP effectively "converts discards to landings."

Harvest Accountability and Sector Equity
- Require the EFPs to include harvest estimates that could be evaluated post-season to inform future EFPs and/or establish state-specific catch caps tied to the federal recreational ACL, including binding in-season closure triggers.
- Flag EFP data to ensure it does not distort future assessments, result in "de facto" reallocations, or otherwise harm the commercial sector. Include related assurances in the EFPs.

Participation and Best Practices
- Condition participation on mandatory education regarding descending devices and circle hooks to reduce discard mortality below the current 26% estimate.
- Encourage states to develop targeted angler registries to better define the number of participants.
- Ensure EFP parameters remain adaptive to the most recent data, specifically incorporating results of the current red snapper stock assessment, which we expect to be completed in late 2026 or early 2027.

Oversight and Monitoring
- Establish transparent audit protocols and public reporting of preliminary data to standardize reporting and maintain accountability.

**Current and Previous Litigation**

There are currently two ongoing legal cases involving Slash Creek Waterworks, Inc. and a third that was settled by NMFS in August 2024.
- The first lawsuit was filed in June 2023 (*Slash Creek Waterworks, Inc. v. Raimondo*, Case No. 1:23-cv-01755 (D.D.C. 2023)). Plaintiffs argued that NMFS violated the MSA and Administrative Procedure Act (APA) by failing to establish an annual catch limit for red snapper that accounts for both landings and discards. Plaintiffs also alleged that overfishing of red snapper continues to occur because of excessive discard mortality in the recreational sector, and that failing to prevent and account for this creates an illegal de facto reallocation from the commercial sector. The District Court ruled in NMFS' favor on the merits. The case has been appealed and a D.C. Circuit decision is pending.

- The second case was filed on May 15, 2024 (*Tilman Gray v. Raimondo*, Case No. 1:24-cv-01431 (D.D.C. 2024)). The case alleged that overfishing of red snapper continues to occur because of excessive discard mortality by the recreational sector, and that failing to prevent and account for the overfishing continues to harm the commercial sector with low catch limits and short seasons. On August 20, 2024, the parties entered into a stipulated settlement agreement requiring NMFS to develop a Secretarial amendment to end overfishing of red snapper. NMFS published a final rule ending overfishing in June 2025 and this case is closed.

- The last case was filed on July 3, 2025 (*Slash Creek Waterworks, Inc. v. Lutnick*, 1:25-cv-02140 (D.D.C. 2025)). Similar to prior lawsuits, the Plaintiffs argue that NMFS violated the MSA and APA by failing to establish annual catch limits that account for both landings and discards. They also argue that NMFS has allowed the recreational sector to overfish, resulting in a de facto reallocation that unfairly affects the commercial sector. The case is presently stayed pending a ruling on Case No. 1:23-cv-01755 from the D.C. Circuit Court of Appeals.

**General Counsel Review** – Given the existing litigation and high-profile nature of this action, General Counsel review is occurring at the Departmental level.

Prepared by: NMFS Correspondence Unit at NMFS.Correspondence.Unit@noaa.gov.

## RECOMMENDATION

There is considerable public and Congressional interest related to the EFPs. The EFPs have the ability to substantially increase recreational fishing opportunities and improve data collection, but there is also concern about potential impacts to the stock and risk of litigation, especially from the commercial sector and possibly NGOs. I recommend that you approve the EFPs no later than April 30, 2026.

Clearances: See attached NOAA sheet.

**EXECUTIVE SECRETARIAT CLEARANCE:**

_____         4/29/2026
Executive Secretariat                              Date

## DECISION FOR THE SECRETARY

Approval of the issuance of exempted fishing permits (EFPs) for the recreational harvest of South Atlantic red snapper during the 2026 fishing year.

__✓_____ I _approve_ the issuance of the EFPs.

_____ I _do not approve_ the issuance of the EFPs.

_____ I _approve as amended_ the issuance of the EFPs.

_____ I would like to discuss this issue.

Signature: _____  Date: __4/29/26__

Case 1:26-cv-01533-RC    Document 22-4    Filed 05/18/26    Page 6 of 7

**From:**        Gardner, Frandell (Federal)
**To:**          Exsec Ecorr - NOAA Service Account; Quickle, Kelly (NOAA); claudia.tudor@noaa.gov; West, Michelle (NOAA); NMFS Correspondence.Unit - NOAA Service Account
**Cc:**          Nelson, Camille (Federal); Schmidt, Peter (Federal); Bartlett, Arielle (Federal)
**Subject:**     Fishing Permit Application-Red Snapper (26-0099086)
**Date:**        Thursday, April 30, 2026 7:22:00 AM
**Attachments:** Fishing Permit Application Red Snapper (26-0099086).pdf
**Importance:**  High

Good morning,

The attached decision memo has been signed by the Secy.  PDF is attached for NOAA for further processing, and a copy will be uploaded into the ECS folder.

Thank you,

Frandell D. Gardner
Records and Correspondence Management Specialist
Department of Commerce, Office of Executive Secretariat
Rooms 4081 and 5516
fgardner@doc.gov
202-482-3526 (office/desk)
202-765-8831 (office/cell)