

**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway
Silver Spring, Maryland 20910

June 26, 2026

Jessica McCawley
Florida Fish and Wildlife Conservation Commission
1877 Orange Avenue East
Tallahassee, Florida 32311

Dear Ms. McCawley:

I am writing in response to your letter of June 19, 2026 requesting the cancellation of Exempted Fishing Permit 26-SERO-01 Exempted Fishing Permit to Test a State-Based Data Collection and Management System for the Recreational Harvest of Red Snapper off Florida for 2026. Exempted Fishing Permit 26-SERO-01 is rescinded.

_____  _____
Signature                          Date
Timothy R. Petty, Ph.D.
Assistant Secretary of Commerce
For Oceans and Atmosphere/
Deputy NOAA Administrator

_____  _____
Signature                          Date
Andrew J. Strelcheck
Regional Administrator

cc: Christopher Sweetman
    Luiz Barbieri
    Kristin Foss
    Laura Grimm
    John Luce
    Eugenio Pineiro Soler
    Samuel Rauch