# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| SOUTHEASTERN FISHERIES | ) | |
| ASSOCIATION, INC., et al., | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-1533 |
| | ) | |
| HOWARD LUTNICK, in his official capacity | ) | |
| as Secretary of Commerce, et al., | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |
| | ) | |

## DECLARATION OF SETH ATKINSON IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION OR STAY

I, Seth Atkinson, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1.      I am over 18 years of age, and am competent to testify to all facts contained in this declaration.

2.      I am an attorney and a member of the State Bar of California.  I also am a member of the bar of this Court. I represent Plaintiffs Southeastern Fisheries Association, Inc., Slash Creek Waterworks, Inc., Strawberry, Inc., Jeffrey Oden, Jack Cox, Jr., and Antonio Giambanco in this lawsuit.

3.      I submit this Declaration in support of Plaintiffs' Opposition to Federal Defendants' Motion for Enlargement of Time to File Responsive Pleading. I have personal

1

knowledge of the facts set forth in this declaration, and if called upon to testify, I would testify to these facts in a court of law.

4.    Attached as Exhibit 1 is a true and correct copy of an email sent by myself to Mark Brown and Kamela Caschette on May 1, 2026.

5.    Attached as Exhibit 2 is a screen shot of a social media post from the Florida Fish & Wildlife Conservation Commission (FWC) Facebook account, dated May 21, 2026. The post can be accessed at the following URL:

https://www.facebook.com/MyFWC/posts/pfbid0jGgtdcqjAT8qXnLydhwN712pf3WHiqquHZz dz3gWy5ojPLZzyG2vnqa7FxWLc5Ppl.

6.    Attached as Exhibit 3 is a screen shot of a social media post from the FWC Facebook account, also dated May 21, 2026. The post can be accessed at the following URL:

https://www.facebook.com/MyFWC/posts/pfbid0imxyX5huAQLcK1vY1Uov2sccBZBLeZtnQA TT6a4rufxEaJ5Q7danrP1gSiRt3g1ol.

7.    Attached as Exhibit 4 is a transcript of a press conference held by Florida Governor Ron DeSantis on May 22, 2026, which can be viewed at the following URL: https://www.youtube.com/watch?v=Paco1alh3lk. The transcript text was copied from the auto-generated transcript provided directly within YouTube (under "more" pull-down, and "Show transcript" button). Only minimal cleanup was applied for readability.

8.    Attached as Exhibit 5 is a screen shot of a social media post on Facebook from an individual user, dated May 23, 2026. The post can be accessed at the following URL:

https://www.facebook.com/hmkesler/posts/pfbid02pE8S943V3LHKJYvdX6sv7vFxrSWiC9UC wGhUmyP8LQBM9Zrm3VgDLdj39bnEXMLSl.

2

9.      Attached as Exhibit 6 is a screen shot of a social media post on Facebook from a business, dated June 2, 2026. The post can be accessed at the following URL:

https://www.facebook.com/brownscreekfishcamp/posts/pfbid0scvfzFLRZD38uCDh49VC34auE pssbxfoFkveiFWfuNf46YAXHLvVh4dWX7LmcyPkl.

10.     Attached as Exhibit 7 is a screen shot of some of the comments below the same social media post shown in Exhibit 5.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2026.


/s/ Seth Atkinson
Seth L. Atkinson (Bar ID CA00190)
Quillback Consulting
540 Meder Street
Santa Cruz, CA 95060
(203) 331-2792
seth@quillbackconsulting.com

*Attorney for Plaintiffs*