Outlook

---

## Procedural issues - SFA v. Lutnick

---

**From** Seth Atkinson <seth@quillbackconsulting.com>

**Date** Mon 6/29/2026 1:47 PM

**To**    Brown, Mark (ENRD) <mark.brown@usdoj.gov>

**Cc**    Caschette, Kamela (ENRD) <kamela.caschette@usdoj.gov>

Hi Mark,

Thanks for the call last Friday. I'm writing to get you a response on your question of a stay, and to address a few other topics.

Voluntary Stay

I've had a chance to check in with my clients, and Plaintiffs will not be able to support a request for a stay in SFA v. Lutnick. Our primary interest is in getting this matter resolved fully and in a final manner, and a stay would not be compatible with that goal.

Answer Deadline

As I mentioned on Friday, Plaintiffs believe there is little ambiguity that the answer deadline in this case is July 10, 2026. The text accompanying ECF entry number 29 states "Answer due for ALL FEDERAL DEFENDANTS by 7/10/2026," and the summonses served upon Federal Defendants provide a 60-day deadline (ECF 8).

The basis for a 60-day answer deadline was provided in the complaint—i.e., the claim falls outside 16 U.S.C. 1855(f) and thus is governed by the APA. This legal issue was briefed by the parties and was adjudicated by the court on the motion for preliminary injunction (ECF 26), because it is precisely the inapplicability of section 1855(f) that allows for an injunction in this case.

If Federal Defendants disagree and feel the need to request an extension of the answer deadline from July 2 to July 10, Plaintiffs would not oppose that request, because we believe the deadline already is July 10. That said, we would reserve the right to respond to such request.

Briefing Schedule

We did not discuss this on Friday, but with the answer deadline approaching, Plaintiffs believe now is the appropriate time for the parties to confer and jointly propose a briefing schedule for summary judgment (if we are going to do so). Give me a call at your earliest convenience, and let's discuss. Plaintiffs will be ready to move for summary judgment relatively quickly, so it would help to know Federal Defendants' thoughts.

Future "Revised" EFPs

With respect to any forthcoming new applications from the states, and any EFPs that ultimately may be issued, Plaintiffs' position is that such EFPs are best evaluated on their merits if and when they are issued. At present they remain speculative, so our view is that it is best to simply proceed with the litigation.

Thanks, and hope you had a good weekend.

Best,
Seth

Seth Atkinson
Quillback Consulting
203-331-2792
seth@quillbackconsulting.com