Exhibit 2

**MyFWC Florida Fish and Wildlife** ✔ · Follow
May 21 · 🌐

On May 21, 2026, a rogue federal judge sided with activists in an attempt to block Floridians from exercising their right to fish through the recently approved Exempted Fishing Permit (EFP) for Atlantic Red Snapper issued by NOAA Fisheries earlier this month.

As a result of this ruling, NOAA has temporarily stalled Florida's Atlantic Red Snapper EFP. However, the agencies stand together in opposition of this delay tactic and will continue fighting for our fishing communities.

To that end, to ensure our anglers can get out on the water as planned beginning this weekend, FWC has modified its plans that will ensure access to fishing in our state waters. Effective May 21, FWC will rescind EO 26-11.  Doing so will allow for the public to carry on with their plans on the water, including the ability to catch red snapper in state waters. As authorized by Florida Administrative Code,  the recreational bag limit will default to 2 red snapper per person with a 20-inch size limit and remain in effect until further notice.

As for Florida's historic EFP, when the EFP is unfrozen and ultimately restored, FWC will issue an updated EO reestablishing the extended red snapper season, which will increase the nautical miles available for fishing. Moreover, FWC officers have been notified of the unpredictable nature of the situation and will ensure boaters are provided education within our jurisdictional waters. **See less**

