Exhibit 3

**MyFWC Florida Fish and Wildlife**
May 21 ·

Come and Take It.



👍 4.6K     💬 586     ↗ 989