Exhibit 4

Ron DeSantis Press Conference

May 22, 2026

https://www.youtube.com/watch?v=Paco1alh3lk

Transcript auto-generated from YouTube:

They can still fish in state waters. And just so you know, we've done this management in the Gulf for years. It's been a huge success. So we have this situation where we had 128 days for golf red snapper under state management and then last year under federal management, two days, one day, two days under feds.

And so we work with the Trump administration to get delegated to us the same authority we've been given for red snapper in the in the Gulf to do that in the Atlantic. And the reason why we know is because I talked to fishermen. I talked to people out there.

There's so many of these fish. Some federal bureaucrat will act like there's no fish. There's way there's massive snapper. The snapper population in the Gulf is as healthy as it's ever been as we've had massive expansion of the season. So, this has been very thoughtfully done and you know, we we're starting with I think a 38 day season.

Obviously, we're going to expand that. Uh, but, uh, this is something people have been waiting for for a long time.

This is a judge in Washington DC probably doesn't know the first thing about fishing. Uh, and and they're doing this. It's not a good decision.

So, we're in state waters. Folks have made plans. They have an ability to do you can check with FWC on kind of the contours of that. um in terms of the the personal limit uh or whatever, but we don't view this decision as being ultimately viable. There's obviously going to be an appeal on it. We have the ability uh to do this and do it well.

And there are so I mean honestly I have people tell me you can't take the snapper in under the federal rules and but you got to get through all the snapper to find the other fish because you catch so many snapper. That's just this this is what people hate about bureaucracies and what people hate honestly about some of these judges uh what what they do to just try to always throw sand in the gears even when we already have had a delegation of authority under the law. So clearly that's something that you could be done.

1

Exhibit 4

Uh and the you know who brought the charge were the commercial fishermen. They don't want recreational anglers to be able to go out and fish. They want it all for themselves.

Uh I don't think that that's first of all economically that's not good. This is a massive potential uh positive for northeast Florida and other parts of the east coast of Florida but particularly northeast Florida. People are people do vacations around this and we've had uh something that's been in place.

And so, uh, FWC, uh, for those who are plan to go Memorial Day, they're they're going to say do do your state waters and and and do do what you got to do within the context, uh, of the overall rules. Uh, but and we're not going to be out in federal waters uh, policing this. That's not that's not our role given that we've had the delegation.

So, I think it was a bad decision. In the state waters. We're doing I think I think just check with FWC because they're kind of working through but I think you can still do two um this whatever the days were uh we want to uh make sure that there that's facilitated in state waters and and as I said we're not going to be involved in policing federal the federal waters.

Um that's not what the federal government wanted. They wanted us to be able to do this uh and do the delegation. I know this judge, but but we're going to basically focus on ensuring folks are able to get out and and do stuff in state waters.

And so I appreciate FWC for being creative, but we want to do everything any tool we have. We want people to be I mean, think about it. How disrespectful is it to rule when people have already made plans to come down and to do this?

And look, a lot of it's local, but there's a lot of people that that may have been the determining factor in them doing Memorial Day weekend in on the east coast of Florida. Maybe they would have gone somewhere else. I just think it's really disrespectful to try to pull the rug out from under them, especially given there's so many fish in the sea. It's amazing how many of these fish are there. I mean, I'm telling if I honestly thought we were going to run out and and the red snapper would be eradicated, I would not be gung-ho about about doing it, but I know it's not true. And I've known this for years.

We've been pushing for this. We obviously got nowhere under Biden. Uh, and so we've been pushing for years, but even before I was governor, you know, I had I was a US congressman on the east coast of Florida, south of here. And, you know, I talked to these guys and they'd say, "There's nothing but fish out there. there's all there. Can you talk to Can you talk to the um Noah? Can you talk to these different groups or or or what? Um and and I'm like, "Yeah, you know, you're right."

2

Exhibit 4

And then every single piece uh of anecdotal evidence I've ever got is their fish are everywhere. And it's the same thing. And we use more than anecdotal for the Gulf. We did use our own data, but we did it, I think, in a way that was much more accurate. And if anything, I think we we underestimated the the population, the strength and the vitality of the population. And I have no doubt that's what's happening in the Atlantic.

So So we got to get this done. We got to get to where the president and the commerce secretary and our administration want us to be, which is we're going to manage it. We are going to do a dramatic expansion and ultimately the recreational anglers not just in Florida but beyond are going to benefit.