Exhibit 5



**Holly Kesler** ✓ is with **Clay Fuller** and **3 others**.
May 23 · 🌐

Keep posting your pictures y'all! Don't back down! Boy, they thought the election integrity crew was hard core...you've just awakened the coastal crew...much of which are hard core southern and redneck! 😂
You see...we've been doing this for decades, and we just come home with our fish, catch 'em, clean 'em, and cook 'em.....and you've regulated us, for decades....with only a few days a year... which are always the worst days, might I add.....all while we've been screaming about the amount of snapper and the need for it to be open to us recreational anglers.....we finally get an inch and yet the weaponization of the corrupt judiciary still wins for the commercial guys....but not this time... we're not backing down nor are we giving in....so post your pics anglers...call your representatives and keep on fishing!
TIGHT LINES Y'ALL!!! 🎣🇺🇸🎣

