Exhibit 6

 **Browns Creek Fish Camp, Inc.**
June 2 at 12:43 AM · 🌐

State of Florida Red Snapper season is rolling despite the rogue federal judge in Washington DC. We have extended an invite to take him fishing 😂
We have what you need to succeed:
Bait (Cigars, Squid, Bostons, Bonito, Mullet and Sardines)

Tackle (Hooks, Weights, Fluorocarbon and Mono)

Sabiki Rigs , Descending Devices

Rumor has it that the 2.86, 2.99 and 2.73 mile spots have been on fire 😳 🐟

Come on up the creek for the win‼️

Browns Creek Fish Camp
Jacksonville's best bait shop for decades.
Voted JAX BEST #1 bait shop
BrownsCreekFishCamp.com
5212 Heckscher Drive
Jacksonville, Florida
(904) 757-1600 **See less**



( ✴️ Where is Browns Creek located? )    ( How big do red snapper get? )    ( ••• )

👍 224    💬 41    ↪ 20