Exhibit 7



**Pete Eldridge**
Definitely state water fish, easy to tell the difference!

5w   Like   Reply                                          5 👍

Kris Sanford replied · 1 Reply

**Nick Bob Martin**
Beautiful state water caught reds!

5w   Like   Reply                    5 👍

**Bj Hilburn-Mcwaters**
Beautiful

5w   Like   Reply

**Larry Massey**
The state waters are full of red snapper. Great job everyone.

5w   Like   Reply                             2 👍

**Gene Newberry**
Those are some nice state water fish

5w   Like   Reply              2 ❤️😀