**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al.,<br><br>*Defendants* | ) | Case No. 1:26-cv-01533-RC |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**
**OR IN THE ALTERNATIVE, FOR ABEYANCE**

Pursuant to Fed. R. Civ. P. 12(b)(1), Federal Defendants Howard Lutnick, in his official capacity as Secretary of Commerce and the National Marine Fisheries Service ("NMFS") (collectively "Federal Defendants"), by and through undersigned counsel, move to dismiss the Plaintiffs' Complaint in this action for lack of jurisdiction. In the alternative, Federal Defendants move for abeyance of these proceedings pending any final action on new exempted fishing permit ("EFP") applications from Florida, Georgia, and South Carolina.

This motion is supported by the memorandum of points and authorities filed herewith.

Pursuant to LCvR 7(m), undersigned counsel has conferred with Plaintiffs' counsel and has been authorized to represent that Plaintiffs oppose the relief requested in this motion.

DATED: August 10, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Kamela A. Caschette*
MEREDITH L. FLAX, Deputy Section Chief
D.C. Bar No. 468016
MARK ARTHUR BROWN, Senior Trial Attorney
D.C. Bar No. 470050
KAMELA A. CASCHETTE, Senior Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-532-3169 (Flax)
202-532-3103 (Brown)
202-598-7868 (Caschette)
meredith.flax@usdoj.gov
mark.brown@usdoj.gov
kamela.caschette@usdoj.gov

*Counsel for Federal Defendants*

Of Counsel:

MAXIMOS N. NIKITAS
Deputy General Counsel
Office of the General Counsel
United States Department of Commerce

JOHN S. LUCE
General Counsel
National Oceanic and Atmospheric Administration
United States Department of Commerce

SHEPHERD R. GRIMES
Attorney-Advisor
National Oceanic and Atmospheric Administration
United States Department of Commerce