IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUTHEASTERN FISHERIES ASSOCIATION, INC., ET AL.

Plaintiffs,

v.

HOWARD LUTNICK, in his official capacity as Secretary of Commerce, ET AL.

Defendants.

Case No. 1:26-cv-01533-RC

**FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION'S NOTICE OF JOINDER IN AND ADOPTION OF FEDERAL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR ABEYANCE**

Pursuant to the Court's Order requiring a responsive filing by August 10, 2026, Intervenor-Defendant Florida Fish and Wildlife Conservation Commission ("FWC" or the "Commission") hereby joins, adopts, and incorporates in full Federal Defendants' Motion to Dismiss, or in the Alternative, for Abeyance (ECF No. 43). FWC independently moves pursuant to Federal Rule of Civil Procedure 12(b)(1) for dismissal of the Complaint on the ground that Plaintiffs' claims are moot and this Court therefore lacks subject-matter jurisdiction. In the alternative, FWC requests that the Court hold this matter in abeyance. FWC adopts and incorporates by reference the arguments and authorities set forth in Federal Defendants' motion and accompanying memorandum.

Dated: August 10, 2026

/s/ Jeffrey H. Wood

Jeffrey H. Wood (DC Bar No. 1024647)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7732
jeff.wood@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
aaron.streett@bakerbotts.com

Rhonda E. Parnell (FL Bar No. 535249)
Florida Fish and Wildlife Conservation Commission
620 South Meridian Street
Tallahassee, Florida 32399
(850) 487-1764
Rhonda.Parnell@myfwc.com

*Attorneys for Defendant-Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August 2026, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

/s/ Jeffrey H. Wood

Jeffrey H. Wood (DC Bar No. 1024647)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7732
jeff.wood@bakerbotts.com

*Attorney for Defendant-Intervenor*