**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, et al.,<br><br>*Defendants*. | Case No. 1:26-cv-01533-RC |

## NOTICE OF ISSUANCE

Federal Defendants (Howard Lutnick, in his official capacity as Secretary of Commerce and the National Marine Fisheries Service ("NMFS")), by and through undersigned counsel, are hereby notifying the Court that NMFS has issued exempted fishing permits ("EFPs") to Florida, Georgia, and South Carolina. *See* https://www.fisheries.noaa.gov/bulletin/noaa-fisheries-announces-2026-federal-recreational-red-snapper-season-and-issuance. Federal Defendants will notify the Court once the states have signed the final EFPs. NMFS also issued a 2026 Temporary Rule announcing the South Atlantic red snapper recreational fishing season, available here: https://public-inspection.federalregister.gov/2026-19456.pdf.

Federal Defendants are filing this Notice to keep the Court and the parties informed concerning developments that may be relevant to Plaintiffs' claims in the above-captioned case.

DATED: September 21, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

/s/ Kamela A. Caschette
MEREDITH L. FLAX, Deputy Section Chief
D.C. Bar No. 468016
MARK ARTHUR BROWN, Senior Trial Attorney
D.C. Bar No. 470050
KAMELA A. CASCHETTE, Senior Trial Attorney
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: 202-532-3169 (Flax)
202-532-3103 (Brown)
202-598-7868 (Caschette)
meredith.flax@usdoj.gov
mark.brown@usdoj.gov
kamela.caschette@usdoj.gov

*Counsel for Federal Defendants*

Of Counsel:

MAXIMOS N. NIKITAS
Deputy General Counsel
Office of the General Counsel
United States Department of Commerce

JOHN S. LUCE
General Counsel
National Oceanic and Atmospheric Administration
United States Department of Commerce

SHEPHERD R. GRIMES
Attorney-Advisor
National Oceanic and Atmospheric Administration
United States Department of Commerce