IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHEASTERN FISHERIES ASSOCIATION, INC., ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, ET AL.<br><br>Defendants. | Case No. 1:26-cv-01533-RC |

**FLORIDA FISH AND WILDLIFE CONSERVATION COMMISSION'S NOTICE OF RECENT DEVELOPMENTS RELEVANT TO PENDING MOTION TO DISMISS**

Intervenor-Defendant Florida Fish and Wildlife Conservation Commission ("FWC" or the "Commission") respectfully submits this Notice to inform the Court of recent developments relevant to the pending motion to dismiss in this proceeding.

On September 21, 2026, the National Marine Fisheries Service ("NMFS") issued FWC Exempted Fishing Permit No. 26-SERO-07 authorizing limited recreational harvest of South Atlantic red snapper in federal waters off Florida. On the same date, NMFS issued exempted fishing permits ("EFPs") to South Carolina (Permit No. 26-SERO-05) and Georgia (Permit No. 26-SERO-06). Copies of the EFPs are posted on the NMFS website.[1]

As FWC previously advised the Court, following rescission of the permit challenged in this action, FWC submitted a new EFP application to NMFS on July 10, 2026. ECF No. 47 at 2–3. FWC further explained that the July 2026 application differed substantially from the

[1] https://www.fisheries.noaa.gov/southeast/recreational-fishing-data/south-atlantic-red-snapper-state-data-collection-and-management.

applications underlying the rescinded permits and that any future permit decision would arise from a separate administrative process and administrative record. *Id.*

FWC's newly issued EFP also differs materially from the rescinded EFP challenged in this case. Among other things, EFP No. 26-SERO-07 establishes a specific recreational harvest limit; limits fishing activity to a shorter season than the rescinded EFP; requires immediate closure of the season upon reaching the harvest limit regardless of fishing days remaining; and includes revised monitoring, reporting, and data-collection requirements. The fishing season under the new EFPs begins on October 9, 2026.

FWC has informed the public of the new EFP, including via the FWC website dedicated to Atlantic red snapper fishing information.[2] This website provides information about the FWC State Reef Fish Survey ("SRFS"), the voluntary FWC Atlantic Red Snapper Reporting System, registering for Florida's 14-day EFP season, gear requirements, bag limits, reporting requirements, and other EFP terms and conditions. The website also provides training modules for best fishing practices and explains how to use the FWC reporting app, among other tools and resources. Additionally, FWC issued Executive Order No. 26-33[3] expressly providing that "[a]ll recreational harvesters, including private anglers and vessels for hire, within or without Florida waters of the Atlantic Ocean shall comply with the terms and conditions set forth in EFP Number 26-SERO-07 … for the recreational harvest and possession of red snapper during the 2026 calendar year."

---

[2] https://myfwc.com/fishing/saltwater/recreational/atlantic-red-snapper/
[3] https://myfwc.com/media/bwgpfgkt/eo-26-33.pdf

On October 5, 2026, a different collection of Plaintiffs[4] filed a new complaint with this Court challenging the newly issued EFPs. *Ariel Seafoods of Florida, Inc. et al. v. Lutnick et al.*, No. 1:26-cv-3468, ECF No. 1 (D.D.C. Oct. 5, 2026). In lieu of the Plaintiffs in that new case filing a motion for preliminary injunction in *Ariel Seafoods*, those Plaintiffs have moved, with the consent of Federal Defendants and FWC, for an expedited briefing schedule in that separate proceeding. *Ariel Seafoods*, ECF No. 4 (D.D.C. Oct. 6, 2026). FWC has filed a motion to intervene in that other proceeding. *Id.*, ECF No. 6.

NMFS's issuance of the new EFPs and Plaintiffs' new complaint challenging those EFPs confirm that the rescinded EFPs challenged in this separate action are no longer operative and have been superseded by a new and independent permitting process. For the reasons previously briefed to this Court by Federal Defendants and FWC, this proceeding should be dismissed as moot.

Dated: October 8, 2026

/s/ Jeffrey H. Wood
Jeffrey H. Wood (DC Bar No. 1024647)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7732
jeff.wood@bakerbotts.com

Aaron M. Streett (TX Bar No. 24037561)
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1234
aaron.streett@bakerbotts.com

[4] Slash Creek Waterworks, Inc, one of the Plaintiffs in this proceeding, is joined by five other plaintiffs in the new proceeding. Plaintiffs in the new proceeding are represented by the same counsel as the Plaintiffs in this proceeding.

Rhonda E. Parnell (DC Bar No. 90046765 and FL Bar No. 535249)
Florida Fish and Wildlife Conservation Commission
620 South Meridian Street
Tallahassee, Florida 32399
(850) 487-1764
Rhonda.Parnell@myfwc.com

*Attorneys for Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October 2026, I electronically filed the foregoing document using the CM/ECF system. Service was accomplished by the CM/ECF system.

/s/ Jeffrey H. Wood

Jeffrey H. Wood (DC Bar No. 1024647)
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, D.C. 20001
(202) 639-7732
jeff.wood@bakerbotts.com

*Attorney for Defendant-Intervenor*